IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| C.A., | : | CIVIL ACTION |
| Plaintiff, | : : : | NO. 2:24-cv-04434-KNS |
| v. | : : | |
| VILLANOVA UNIVERSITY, ET AL. | : : | |
| Defendants | : : | |

### ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter the appearance of Jesse L. Krohn on behalf of Defendant, Villanova University, in the above-captioned matter.

                                                          **SAUL EWING LLP**

                                                          /s/ Jesse L. Krohn
                                                          Jesse L. Krohn
                                                          Atty. I.D. No. 313059
                                                          SAUL EWING LLP
                                                          Centre Square West
                                                          1500 Market Street, 38th Floor
                                                          Philadelphia, PA 19102
                                                          Phone: (215) 972-7869
                                                          jesse.krohn@saul.com

Dated: September 3, 2024

                                                          *Counsel for Defendant*
                                                          Villanova University

52955867.1

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Entry of Appearance* was served today upon all parties by way of *ECF* electronic filing.

/s/ *Jesse L. Krohn*
Jesse L. Krohn

Dated:   September 3, 2024