IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| C.A. | : | NO. 2:24-cv-04434-KNS |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| VILLANOVA UNIVERSITY, COLLEGE HALL ASSOCIATES, L.P., d/b/a COLLEGE HALL APARTMENTS, a/k/a "THE COURTS," COLLEGE HALL GP., d/b/a COLLEGE HALL APARTMENTS, a/k/a "THE COURTS," MARKS & COMPANY USA, INC., d/b/a MARKS & COMPANY, ELIJAH JOSEPH KATZENELL, JUAN EGUIGUREN, and ANDREW POLUN, | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter my appearance as counsel on behalf of defendant, Elijah Joseph Katzenell, in the above matter.

Date: 9,5,24

_____
D. SCOTT BONEBRAKE, Esquire (#76341)
Noel and Bonebrake
25 East Second Street
Media, Pennsylvania 19063
(610) 892-7700   fax: 610-892-7712
Attorney for Defendant, Elijah Joseph Katzenell