## AFFIDAVIT OF SERVICE

| Case:<br>2:24-cv-04434-KNS | Court:<br>United States District Court | County:<br>Eastern District of Pennsylvania | Job:<br>11791636 (121.828) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>L.T. Judge C.A. | | Defendant / Respondent:<br>Villanova University, et. al. | |
| Received by:<br>Legal-Ease Enterprises | | For:<br>Edelstein Law, LLP | |
| To be served upon:<br>Marks & Company USA, Inc. d/b/a Marks & Company | | | |

I, Jim Connell, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| Recipient Name / Address: | Wayne Gilinger, Company: 101 Mill Creek Road, Ardmore, PA 19003 |
| Manner of Service: | Substitute Service - Business, Sep 16, 2024, 1:26 pm EDT |
| Documents: | Summons, Certification of Service, First Amended Complaint |

**Additional Comments:**
1) Successful Attempt: Sep 16, 2024, 1:26 pm EDT at Company: 101 Mill Creek Road, Ardmore, PA 19003 received by Wayne Gilinger. Age: 50; Ethnicity: Caucasian; Gender: Male; Weight: 200; Height: 6'1"; Relationship: Vice President ;
Person In Charge at business

_[signature]_                                   09/18/2024

Jim Connell                                     **Date**

Legal-Ease Enterprises
2424 E York Street, Suite 321
Philadelphia, PA 19125