**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| C.A.<br><br>                                    **PLAINTIFF**<br><br>   vs.<br><br>VILLANOVA UNIVERSITY<br><br>                                    **DEFENDANT**<br><br><br>**COLLEGE HALL ASSOCIATES, L.P. D/B/A COLLEGE HALL APARTMENTS A/K/A THE COURTS**<br><br>                                    **DEFENDANT**<br><br>**COLLEGE HALL G.P. D/B/A COLLEGE HALL APARTMENTS A/K/ THE COURTS.**<br><br>                                    **DEFENDANT**<br><br><br>**MARKS & COMPANY USA, INC. D/B/A MARKS & COMPANY**<br><br>                                    **DEFENDANT**<br><br>**ELIJAH JOSPEG KATZENELL**<br><br><br>                                    **DEFENDANT**<br><br><br><br>**JUAN EGUIGUREN**<br><br>                                    **DEFENDANT** | IN THE UNITED STATES DISTRICT COURT EASTERN DISCTRICT OF PENNSYLVANIA<br><br>NO.: 2:24-cv-04434-KNS<br><br>STIPULATION EXTENDING TIME TO ANSWER COMPLAINT |

**ANDREW POLUN**

**DEFENDANT**

**IT IS HEREBY STIPULATED AND AGREED** by an between the undersigned counsel for the Plaintiffs, **C.A.**, and Defendants, **Marks & Company USA, Inc., d/b/a Marks & Company and College Hall GP, LLC.,** that the Defendants' time within which to serve an Answer or otherwise move, in response to Plaintiffs' Amended Complaint, is extended to and includes **November 18, 2024**.

| | |
|---|---|
| **LAW OFFICES OF JAY L. EDELSTEIN** | **REILLY, MCDEVITT & HENRICH, P.C.** |
| /s/ *[signature]* | /s/ *Margaret M. Jenks* |
| Jay L. Edelstein, Esquire | Margaret M. Jenks, Esquire |
| Attorney for Plaintiff | Attorney for Defendants |