UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| C.A.,<br><br>              Plaintiff,<br><br>v.<br><br>VILLANOVA UNIVERSITY;<br><br>COLLEGE HALL ASSOCIATES,<br>d/b/a COLLEGE HALL APARTMENTS,<br>a/k/a "THE COURTS";<br><br>COLLEGE HALL GP, LLC,<br>d/b/a COLLEGE HALL APARTMENTS,<br>a/k/a "THE COURTS";<br><br>MARKS & CO., INC.,<br>d/b/a MARKS & COMPANY;<br><br>ELIJAH JOSPEH KATZENELL;<br><br>JUAN EGUIGUREN; and<br><br>ANDREW POLUN<br><br>              Defendants. | **CASE NO: 2:24-cv-04434-KNS** |

## STIPULATION

It is hereby stipulated and agreed to by and between the attorneys for Plaintiff, C.A. ("Plaintiff"), and the attorney for Defendant, Juan Eguiguren, that the time for Defendant, Juan Eguiguren, to answer or otherwise respond to Plaintiff's Second Amended Complaint is extended to January 6, 2025. This is the first request for an extension for Defendant, Juan Eguiguren, to answer or otherwise respond to Plaintiff's Complaint or any amendment thereto.

| | |
|---|---|
| **EDELSTEIN LAW, LLP** | **MAUTE LAW, LLC** |
| *[signature]* | *[signature]* |
| Jay L. Edelstein, Esq. | Douglas C. Maute, Esq. |
| 230 S. Broad St., Suite 900 | 141 Pleasant Valley Ave. |
| Philadelphia, PA 19102 | Moorestown, NJ 08057 |
| jedelstein@edelsteinlaw.com | dcm@mautelaw.com |
| Tel. (215) 893-9311 | (609) 560-1388 |
| | |
| Date: December 5, 2024 | Date: December 5, 2024 |

APPROVED: /S/ Kai N. Scott
                                                        J.

Date: December 5, 2024