UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **C.A.**<br><br>Plaintiff,<br><br>v.<br><br>**VILLANOVA UNIVERSITY, et al.**<br><br>Defendants. | **No.: 2:24-cv-04434-KNS**<br><br>Electronically Filed |

## STIPULATION

It is hereby stipulated and agreed to by and between the attorneys for Plaintiff, C.A. ("Plaintiff"), and the attorneys for Defendant Villanova University, that Plaintiff originally had until December 30, 2024, to file a response to Defendant Villanova University's Motion to Dismiss Plaintiff's Second Amended Complaint With Prejudice (ECF No. 25). The parties to the motion hereby stipulate and agree that Plaintiff shall have until January 3, 2025, to file a response to Defendant Villanova University's Motion to Dismiss Plaintiff's Second Amended Complaint With Prejudice.

/s/ Jay L. Edelstein_____
Jay L. Edelstein, Esquire
Stephen J. Pokiniewski, Esquire
EDELSTEIN LAW LLP
230 S. Broadt Street, Suite 900
Philadelphia, PA 19102
E-Mail: jedeldstein@edelsteinlaw.com
E-Mail: sjp@edelsteinlaw.com
*Attorneys for Plaintiff, C.A.*

/s/ James A. Keller_____
James A. Keller, Esquire
Jesse Krohn
Saul Ewing Arnstein & Lehr, LLP
1500 Market Street, 38th Floor West
Philadelphia, PA 19102
E-Mail: jesse.krohn@saul.com
E-Mail: james.keller@saul.com
*Attorneys for Villanova University*


APPROVED: _____
December ____, 2024