**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **C.A.** | : | |
| | : | |
| **v.** | : | |
| **VILLANOVA UNIVERSITY; COLLEGE** | : | |
| **HALL ASSOCIATES, L.P. d/b/a COLLEGE** | : | |
| **HALL APARTMENTS a/k/a "THE** | : | |
| **COURTS"; MARKS & COMPANY USA,** | : | |
| **INC., d/b/a MARKS & COMPANY; ELIJAH:** | | |
| **JOSEPH KATZENELL; JUAN** | : | |
| **EGUIGUREN; and ANDREW POLUN** | : | |
| _____ | : | **NO. 2:24-CV-04434-KNS** |

<u>**STIPULATION**</u>

It is hereby stipulated and agreed to by and between the attorneys for Plaintiff, C.A. ("Plaintiff"), and the attorneys for Defendant, Elijah Katzenell, that the time for Defendant, Elijah Katzenell, to answer or otherwise respond to Plaintiff's Second Amended Complaint is extended to December 30, 2024. If Plaintiff filed a Third Amended Complaint, Defendant, Elijah Katzenell, shall have an additional 30 days to answer or otherwise respond to Plaintiff's Third Amended Complaint from when the answer or other response to it would otherwise be due. This is the first request for an extension to answer or otherwise respond to Plaintiff's Second Amended Complaint.

**EDELSTEIN LAW, LLP**                    **GOLDBERG, MILLER & RUBIN, P.C**

_____              _____

Jay L. Edelstein, Esquire                      Eamon Merrigan, Esquire

230 S. Broad Street, Suite 900              1845 Walnut Street, Suite 1900

Philadelphia, PA 19102                        Philadelphia, PA 19103

Date: December __30__, 2024              Date: December 30, 2024

APPROVED: _/S/ Kai N. Scott_____

J.

Date: January 2, 2025