UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| C.A.,<br><br>   Plaintiff,<br><br> v.<br><br>VILLANOVA UNIVERSITY;<br><br>COLLEGE HALL ASSOCIATES,<br>d/b/a COLLEGE HALL APARTMENTS,<br>a/k/a "THE COURTS";<br><br>COLLEGE HALL GP, LLC,<br>d/b/a COLLEGE HALL APARTMENTS,<br>a/k/a "THE COURTS";<br><br>MARKS & CO., INC.,<br>d/b/a MARKS & COMPANY;<br><br>ELIJAH JOSPEH KATZENELL;<br><br>JUAN EGUIGUREN; and<br><br>ANDREW POLUN<br><br>   Defendants. | CASE NO: 2:24-cv-04434-KNS |

## **STIPULATION**

It is hereby stipulated and agreed to by and between the attorneys for Plaintiff, C.A. ("Plaintiff"), and the attorney for Defendant, Juan Eguiguren, that the time for Defendant, Juan Eguiguren, to answer or otherwise respond to Plaintiff's Second Amended Complaint is extended from January 6, 2025 to January 10, 2025. This is the second request for an extension for

Defendant, Juan Eguiguren, to answer or otherwise respond to Plaintiff's Complaint or any amendment thereto.

| | |
|---|---|
| **EDELSTEIN LAW, LLP** | **MAUTE LAW, LLC** |
| *(signature)* | *(signature)* |
| _____ | _____ |
| Jay L. Edelstein, Esq. | Douglas C. Maute, Esq. |
| 230 S. Broad St., Suite 900 | 141 Pleasant Valley Ave. |
| Philadelphia, PA 19102 | Moorestown, NJ 08057 |
| jedelstein@edelsteinlaw.com | dcm@mautelaw.com |
| Tel. (215) 893-9311 | (609) 560-1388 |
| | |
| Date: January 6, 2025 | Date: January 6, 2025 |

APPROVED:_____
                                                    J.

Date: January _____, 2025

## CERTIFICATE OF SERVICE

I, Douglas C. Maute, Esquire, do hereby certify that the foregoing Stipulation was filed and served on this 6th day of January, 2025 via ECF upon all counsel of record.

                                        **MAUTE LAW LLC**

By: _____
     Douglas C. Maute, Esq.
     Id. No. 306615
     141 Pleasant Valley Ave.
     Moorestown, NJ 08057
     dcm@mautelaw.com
     Tel. (609) 560-1388