UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| C.A., | : | Civil Action |
|     Plaintiff | : | No. 2:24-cv-04434-KNS |
| | : | |
| v. | : | |
| | : | |
| VILLANOVA UNIVERSITY; COLLEGE HALL, ASSOCIATES, L.P., d/b/a COLLEGE HALL APARTMENTS, a/k/a "THE COURTS"; COLLEGE HALL, G.P., d/b/a COLLEGE HALL APARTMENTS, a/k/a "THE COURTS"; MARKS & COMPANY USA, INC., d/b/a MARKS & COMPANY; ELIJAH JOSPEH KATZNELL; JUAN EGUIGUREN; AND ANDREW POLUN | : | |
|     Defendants | : | |

## STIPULATION

It is hereby stipulated and agreed to by and between the attorneys for Plaintiff, C.A. ("Plaintiff"), and the attorneys for Defendant, Andrew Polun, that the time for Defendant, Andrew Polun, to answer or otherwise respond to Plaintiff's Second Amended Complaint is extended to February 7, 2025. This is the second request for an extension to answer or otherwise respond to Plaintiff's Second Amended Complaint.

| | |
|---|---|
| **EDELSTEIN LAW, LLP** | **McMONAGLE, PERRI, McHUGH, MISCHAK & DAVIS, P.C.** |
| _/s/ Jay L. Edelstein_ | _/s/ Brian J. McMonagle_ |
| Jay L. Edelstein, Esquire | Brian J. McMonagle, Esquire |
| 230 S. Broad Street, Suite 900 | 1845 Walnut Street, Suite 1900 |
| Philadelphia, PA 19102 | Philadelphia, PA 19103 |
| jedelstein@edelsteinlaw.com | bmcmonagle@mpmpc.com |
| (215) 893-9311 | (215) 981-0999 |
| | |
| Date: January 6, 2025 | Date: January 6, 2025 |

APPROVED:_____
                                                                                                         J.

Date: January ___, 2025

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Stipulation was served today upon all parties by way of ECF electronic filing.

Date: January 6, 2025

_____
Brian J. McMonagle, Esquire