UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **C.A.**<br><br>Plaintiff,<br><br>v.<br><br>**VILLANOVA UNIVERSITY, et al.**<br><br>Defendants. | **No.: 2:24-cv-04434-KNS**<br><br>Electronically Filed |

## STIPULATION

It is hereby stipulated and agreed to by and between the attorneys for Plaintiff, C.A. ("Plaintiff"), and the attorneys for Defendant Elijah Katzenell, that Plaintiff originally had until January 13, 2025, to file a response to Defendant Katzenell's Partial Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 37). The parties to the motion hereby stipulate and agree that Plaintiff shall have until January 15, 2025, to file a response to Defendant Katzenell's Partial Motion to Dismiss Plaintiff's Second Amended Complaint.

| | |
|---|---|
| /s/ Jay L. Edelstein | /s/ Eamon Merrigan |
| Jay L. Edelstein, Esquire | Eamon Merrigan, Esquire |
| Stephen J. Pokiniewski, Esquire | GOLDBERG, MILLER & RUBIN, P.C. |
| EDELSTEIN LAW LLP | The North American Building |
| 230 S. Broadt Street, Suite 900 | 121 South Broad Street |
| Philadelphia, PA 19102 | Suite 1600 |
| E-Mail: jedeldstein@edelsteinlaw.com | Philadelphia, PA 19107 |
| E-Mail: sjp@edelsteinlaw.com | E-Mail: emerrigan@gmrlawfirm.com |
| *Attorneys for Plaintiff, C.A.* | *Attorneys for Elijah Joseph Katzenell* |

APPROVED: _____

_____, 2025