UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| C.A.<br><br>Plaintiff,<br><br>v.<br><br>VILLANOVA UNIVERSITY, et al.<br><br>Defendants. | No.: 2:24-cv-04434-KNS<br><br>Electronically Filed |

**STIPULATION**

It is hereby stipulated and agreed to by and between the attorneys for Plaintiff, C.A. ("Plaintiff"), and the attorneys for Defendant Elijah Katzenell, that Plaintiff originally had until January 13, 2025, to file a response to Defendant Katzenell's Partial Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 37). The parties to the motion hereby stipulate and agree that Plaintiff shall have until January 15, 2025, to file a response to Defendant Katzenell's Partial Motion to Dismiss Plaintiff's Second Amended Complaint.

/s/ Jay L. Edelstein
Jay L. Edelstein, Esquire
Stephen J. Pokiniewski, Esquire
EDELSTEIN LAW LLP
230 S. Broadt Street, Suite 900
Philadelphia, PA 19102
E-Mail: jedeldstein@edelsteinlaw.com
E-Mail: sjp@edelsteinlaw.com
*Attorneys for Plaintiff, C.A.*

/s/ Eamon Merrigan
Eamon Merrigan, Esquire
GOLDBERG, MILLER & RUBIN, P.C.
The North American Building
121 South Broad Street
Suite 1600
Philadelphia, PA 19107
E-Mail: emerrigan@gmrlawfirm.com
*Attorneys for Elijah Joseph Katzenell*

APPROVED: _____

January 14th, 2025