UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| C.A.,<br><br>        Plaintiff,<br><br>v.<br><br>VILLANOVA UNIVERSITY;<br><br>COLLEGE HALL ASSOCIATES,<br>d/b/a COLLEGE HALL APARTMENTS,<br>a/k/a "THE COURTS";<br><br>COLLEGE HALL GP, LLC,<br>d/b/a COLLEGE HALL APARTMENTS,<br>a/k/a "THE COURTS";<br><br>MARKS & CO., INC.,<br>d/b/a MARKS & COMPANY;<br><br>ELIJAH JOSPEH KATZENELL;<br><br>JUAN EGUIGUREN; and<br><br>ANDREW POLUN<br><br>        Defendants. | CASE NO: 2:24-cv-04434-KNS |

## STIPULATION

It is hereby stipulated and agreed to by and between the attorneys for Plaintiff, C.A. ("Plaintiff"), and the attorney for Defendant, Juan Eguiguren, that:

(1) the time for Defendant, Juan Eguiguren, to respond to Plaintiff's Second Amended Complaint is extended from January 10, 2025 to January 11, 2025 such that Defendant Eguiguren's Motion to Dismiss (Doc. No. 45) be deemed timely filed. This is the third request

for an extension for Defendant Eguiguren to respond to Plaintiff's Second Amended Complaint; and

(2) the time for Plaintiff to respond to Defendant Eguiguren's Motion to Dismiss (Doc. No. 45) is extended to February 17, 2025. This is a first request for an extension for Plaintiff to respond to Defendant Eguiguren's Motion to Dismiss.

**EDELSTEIN LAW, LLP**

_____
Jay L. Edelstein, Esq.
230 S. Broad St., Suite 900
Philadelphia, PA 19102
jedelstein@edelsteinlaw.com
Tel. (215) 893-9311

Date: January 17, 2025

**MAUTE LAW, LLC**

_____
Douglas C. Maute, Esq.
141 Pleasant Valley Ave.
Moorestown, NJ 08057
dcm@mautelaw.com
(609) 560-1388

Date: January 17, 2025

APPROVED:_____
                                                J.

Date: January _____, 2025

## **CERTIFICATE OF SERVICE**

    I, Douglas C. Maute, Esquire, do hereby certify that the foregoing Stipulation was filed and served on this 17th day of January, 2025 via ECF upon all counsel of record.

                            **MAUTE LAW LLC**

By: _____
       Douglas C. Maute, Esq.
       Id. No. 306615
       141 Pleasant Valley Ave.
       Moorestown, NJ 08057
       dcm@mautelaw.com
       Tel. (609) 560-1388