UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **C.A.** <br><br> Plaintiff, <br><br> v. <br><br> **VILLANOVA UNIVERSITY, et al.** <br><br> Defendants. | **No.: 2:24-cv-04434-KNS** <br><br> Electronically Filed |

## **STIPULATION**

It is hereby stipulated and agreed to by and between the attorneys for Plaintiff, C.A. ("Plaintiff"), and the attorneys for Defendants College Hall Assso. & College Hall GP, that Plaintiff, by previous agreement, had until January 17, 2025, to file a response to Defendant College Hall Assso. & College Hall GP's Motion to Dismiss Plaintiff's Second Amended Complaint With Prejudice (ECF No. 30). The parties to the motion hereby stipulate and agree that Plaintiff shall have until January 24, 2025, to file a response to Defendant College Hall Assso. & College Hall GP's Motion to Dismiss Plaintiff's Second Amended Complaint With Prejudice.

/s/ Jay L. Edelstein
Jay L. Edelstein, Esquire
Stephen J. Pokiniewski, Esquire
EDELSTEIN LAW LLP
230 S. Broadt Street, Suite 900
Philadelphia, PA 19102
E-Mail: jedeldstein@edelsteinlaw.com
E-Mail: sjp@edelsteinlaw.com
*Attorneys for Plaintiff, C.A.*

/s/ Lynne Ingram
Lynne Ingram, Esquire
Kristin Shicora, Esquire
Campbell Conroy & Oneil
1205 Westlakes Drive, Suite 330
Berwyn, PA 19312
E-Mail: lingram@campbell-trial-lawyers.com
E-Mail: keshicora@campbell-trial-laweyrs.com
*Attorneys for College Hall Assso. & College Hall GP*

APPROVED: _____
January ____, 2025