# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| C.A., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : **CIVIL ACTION** |
| | : **NO.: 2:24-cv-04434-KNS** |
| VILLANOVA UNIVERSITY; COLLEGE HALL ASSOCIATES, d/b/a COLLEGE HALL APARTMENTS, a/k/a "THE COURTS"; COLLEGE HALL, GP, d/b/a COLLEGE HALL APARTMENTS, a/k/a 'THE COURTS"; MARKS & CO., INC., d/b/a MARKS & COMPANY; ELIJAH JOSEPH KATZENELL; JUAN EGUIGUREN; and ANDREW POLUN | : |
| | : |
| Defendants. | : |

## **WITHDRAWAL OF APPEARANCE**

**TO THE CLERK OF COURT:**

Kindly withdraw the appearance of Lynne O. Ingram, Esquire on behalf of Defendants, College Hall Associates, LP, College Hall GP, LLC and Marks & Co., Inc. with regard to the above-captioned matter.

Respectfully submitted,

**CAMPBELL CONROY & O'NEIL, P.C.**

By:  */s/ Lynne O. Ingram*
Lynne O. Ingram, Esquire (PA 201321)
Kristin E. Shicora, Esquire (PA 311820)
1325 Morris Drive, Suite 110
Chesterbrook, PA 19087
Phone: (610) 964-1900
Fax: (610) 964-1981
lingram@campbell-trial-lawyers.com

kshicora@campbell-trial-lawyers.com

Attorneys for Defendants, College Hall Associates, LP, College Hall GP, LLC, and Marks & Co., Inc.

Date: <u>March 27, 2025</u>

## CERTIFICATE OF SERVICE

I, Lynne O. Ingram, Esquire, hereby certify that on March 27, 2025, a copy of the foregoing *Withdrawal of Appearance* was filed via the Court's electronic filing system, which will provide notice to all registered users.

**CAMPBELL CONROY & O'NEIL, P.C.**

By:     */s/ Lynne O. Ingram*
       Lynne O. Ingram, Esquire

Date:   March 27, 2025