IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **C.A.** *Plaintiff(s)* | : : : |
| v. | : **CIVIL NO. 24-4434** |
| **VILLANOVA UNIVERSITY, et al.** *Defendant(s)* | : : : : |

## NOTICE OF HEARING

An **ORAL ARGUMENT** on the **MOTIONS TO DISMISS** (Docket No. 25, 30, and 45) is scheduled to be held on **July 29, 2025,** at **9:30 a.m.** in **Courtroom 13B** before the **Honorable Kai N. Scott**, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

**Judge Scott strongly urges Oral Argument to be presented by junior counsel on the case.**

*s/Susan Flaherty*
**SUSAN FLAHERTY**
Courtroom Deputy to the
Honorable Kai N. Scott
United States District Court Judge

**Date of Notice: July 7, 2025**
**Copies sent by ECF notification.**