IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| C.A. *Plaintiff* | : : : |
| v. | : CIVIL NO. 24-4434 : |
| VILLANOVA UNIVERSITY et al. *Defendants* | : : : |

## ORDER

AND NOW, on **July 24th, 2025**, in consideration of the Motion for Leave to File a Surreply (ECF No. 53) and Defendant Villanova University's Response (ECF No. 56), it is hereby **ORDERED** that the motion is **DENIED**.

BY THE COURT:

_____
THE HONORABLE KAI N. SCOTT
U.S. DISTRICT COURT JUDGE