UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| C.A.<br><br>            Plaintiff,<br><br>   v.<br><br>VILLANOVA UNIVERSITY; COLLEGE HALL ASSOCIATES, d/b/a COLLEGE HALL APARTMENTS, a/k/a "THE COURTS"; COLLEGE HALL GP, LLC, d/b/a COLLEGE HALL APARTMENTS, a/k/a "THE COURTS"; MARKS & CO., INC., d/b/a MARKS & COMPANY; ELIJAH JOSPEH KATZENELL; JUAN EGUIGUREN; ANDREW POLUN<br><br>            Defendants. | NO: 2:24-cv-04434-KNS<br><br>JURY DEMANDED |

## NOTICE OF APPEARANCE

TO THE CLERK:

    Kindly enter the appearance of Stephen J. Pokiniewski, Esquire on behalf of Plaintiff, C.A. with regard to the above-captioned matter.

                                          EDELSTEIN LAW, LLP

BY: _____
                                          STEPHEN J. , ESQUIRE
                                          *Attorney for Plaintiffs*

Date: <u>July 24, 2025</u>