IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **C.A.** | : |
| *Plaintiff* | : |
| | : |
| v. | : **CIVIL NO. 24-4434** |
| | : |
| **VILLANOVA UNIVERSITY et al.** | : |
| *Defendants* | : |

## ORDER

**AND NOW**, this **8th day of September 2025**, upon consideration of the following:

1. Plaintiff's Second Amended Complaint (ECF No. 21);

2. Villanova University's Motion to Dismiss (ECF No. 25), Plaintiff's Response (ECF No. 40), and Villanova University's Reply (ECF No. 49);

3. College Hall Associates, L.P., College Gall G.P., and Marks & Co., Inc.'s Motion to Dismiss (ECF No. 30), Plaintiff's Response (ECF No. 55), and Defendants' Reply (ECF No. 58);

4. Elijah Katzenell's Motion to Dismiss (ECF No. 37) and Plaintiff's Response (ECF No. 48);

5. Juan Eguiguren's Motion to Dismiss (ECF No. 45), Plaintiff's Response (ECF No. 61), and Eguiguren's Reply (ECF No. 62)

it is hereby **ORDERED** as follows:

1. Villanova University's Motion to Dismiss is **DENIED**.

2. College Hall Associates, L.P., College Gall G.P., and Marks & Co., Inc.'s Motion to Dismiss is **GRANTED**.

3. Elijah Katzenell's Motion to Dismiss is **GRANTED**.

4. Juan Eguiguren's Motion to Dismiss is **GRANTED** in part and **DENIED** in part.

BY THE COURT:

_____
THE HONORABLE KAI N. SCOTT
U.S. DISTRICT COURT JUDGE