# EXHIBIT HH

# DEPARTMENT OF PUBLIC SAFETY

From  8/13/2020   to  8/13/2020

### Clery Act Daily Crime Log

| | | | |
|---|---|---|---|
| **Case #:** | **IR2020-000920** | **Date/Time Reported:** | 8/13/2020 04:00 PM |
| **Location:** | SECTOR 4 : STANFORD HALL | | |
| **Incident Occurred Between:** | 9/2/2019 10:00 PM    and   9/2/2019 11:59 PM | | |
| **Internal Reference Number:** | | | |

| **Incident Type:** | **Disposition:** |
|---|---|
| INDECENT ASSAULT | CLEARED BY ARREST |
| SEXUAL ASSAULT | CLEARED BY ARREST |
| SIMPLE ASSAULT | CLEARED BY ARREST |
| UNLAWFUL RESTRAINT | CLEARED BY ARREST |

**Notes:**   On March 9, 2021, EXPUNGED was arrest for Criminal Attempt to commit Sexual Assault, Indecent Assault, Simple Assault and Unlawful Restraint. EXPUNGED was arraigned and bond was set at $25,000.

A female resident student filed a delayed report regarding unwanted physical contact with a known male resident student in September 2019.

# DEPARTMENT OF PUBLIC SAFETY

From  9/15/2020   to 9/15/2020          **Clery Act Daily Crime Log**

| | | | |
|---|---|---|---|
| **Case #:** | **IR2020-001186** | **Date/Time Reported:** | 9/15/2020 01:51 PM |
| **Location:** | SECTOR 4 : HOVNANIAN HALL | | |
| **Incident Occurred Between:** | 9/13/2020 02:30 AM   and   9/13/2020 03:30 AM | | |
| **Internal Reference Number:** | | | |

| **Incident Type:** | **Disposition:** |
|---|---|
| AGGRAVATED INDECENT ASSAULT | CLOSED |
| SEXUAL ASSAULT | CLOSED |

**Notes:**  A female resident student reported being sexually assaulted by a known male resident student .

CASE STATUS UPDATE:  Closed  1/5/21  JTS

| | | | |
|---|---|---|---|
| **Case #:** | **IR2020-001188** | **Date/Time Reported:** | 9/15/2020 04:53 PM |
| **Location:** | SECTOR 4 : MULLEN CENTER | | |
| **Incident Occurred Between:** | 9/15/2020 04:53 PM   and   9/15/2020 05:00 PM | | |
| **Internal Reference Number:** | | | |

| **Incident Type:** | **Disposition:** |
|---|---|
| SOLICITATION | CLOSED |

**Notes:**  An unaffiliated male was handing out literature on University property.

# DEPARTMENT OF PUBLIC SAFETY

From  10/18/2020  to  10/18/2020          **Clery Act Daily Crime Log**

---

| | | | |
|---|---|---|---|
| **Case #:** | IR2020-001435 | **Date/Time Reported:** | 10/18/2020 01:11 AM |
| **Location:** | SECTOR 2 : DELUREY HALL | | |
| **Incident Occurred Between:** | 10/18/2020 01:11 AM  and  10/18/2020 01:50 AM | | |
| **Internal Reference Number:** | | | |

| **Incident Type:** | **Disposition:** |
|---|---|
| LIQUOR UNDERAGE-PURCH, CONSUM, POSS, TRAN | DISCIPLINARY REVIEW |

**Notes:**  A female resident student, under the age of 21, was found in possession of alcohol and was transported by VEMS to Bryn Mawr Hospital for alcohol intoxication.

---

| | | | |
|---|---|---|---|
| **Case #:** | IR2020-001436 | **Date/Time Reported:** | 10/18/2020 02:13 AM |
| **Location:** | SECTOR 4 : ST. MONICA HALL | | |
| **Incident Occurred Between:** | 10/18/2020 02:13 AM  and  10/18/2020 02:30 AM | | |
| **Internal Reference Number:** | | | |

| **Incident Type:** | **Disposition:** |
|---|---|
| LIQUOR UNDERAGE-PURCH, CONSUM, POSS, TRAN | DISCIPLINARY REVIEW |

**Notes:**  A male resident student, under the age of 21, was in possession of alcoholic beverages.

---

| | | | |
|---|---|---|---|
| **Case #:** | IR2020-001440 | **Date/Time Reported:** | 10/18/2020 02:30 PM |
| **Location:** | SECTOR 1 : RUDOLPH HALL | | |
| **Incident Occurred Between:** | 10/18/2020 02:03 AM  and  10/18/2020 03:54 AM | | |
| **Internal Reference Number:** | | | |

| **Incident Type:** | **Disposition:** |
|---|---|
| FURNISHING ALCOHOL TO MINORS | CLEARED BY ARREST |
| INVOLUNTARY DEVIATE SEXUAL INTERCOURSE | INACTIVE |
| SEXUAL ASSAULT | INACTIVE |

**Notes:**

A resident student reported that she was sexually assaulted by a known male in an on-campus residence hall room.

CASE STATUS UPDATE: On 01/22/2021 an arrest warrant was obtained for the below listed student charging him with EXPUNGED and Furnishing Alcohol to Minors. The student turned himself in on 01/26/2021 where he was arraigned and released on $50,000.00 ROR Bail. The appropriate codes to reflect these charges were added to this report on 01/26/2021. The remaining elements of this case remain under investigation.

Charged: Kevin Andrew Mahoney, 19YOA
          17 Larch Road, Wellesley, MA 02482

CASE STATUS UPDATE: On 07/30/2021 Court Disposition was received on the above charges. The Incident Type Label "Sexual Assault" & "Involuntary Deviate Sexual Intercourse" disposition was changed to "Inactive".

---

| | | | |
|---|---|---|---|
| **Case #:** | IR2020-001441 | **Date/Time Reported:** | 10/18/2020 05:04 PM |
| **Location:** | SECTOR 3 : MAIN CAMPUS GROUNDS | | |
| **Incident Occurred Between:** | 10/17/2020 05:00 PM  and  10/18/2020 04:15 PM | | |
| **Internal Reference Number:** | | | |

| **Incident Type:** | **Disposition:** |
|---|---|
| HARASSMENT-REPEATED COMMUNICATION, COURS | INACTIVE |
| STALKING | INACTIVE |

**Notes:**  An unknown male approached a female student asking for her phone number and followed her on campus grounds the following day.

CASE STATUS UPDATE:  Code of Stalking added on November 9, 2020  JTS

CASE STATUS UPDATE:  Inactive  3/4/21  JTS

| | | | |
|---|---|---|---|
| **Case #:** | **IR2020-001454** | **Date/Time Reported:** | 10/18/2020 10:14 PM |
| **Location:** | SECTOR 1 : RUDOLPH HALL | | |
| **Incident Occurred Between:** | 10/18/2020 10:14 PM   and   10/18/2020 10:38 PM | | |
| **Internal Reference Number:** | | | |
| | **Incident Type:** | **Disposition:** | |
| | POSSESSION-MARIJUANA | DISCIPLINARY REVIEW | |

**Notes:**   A male resident student was in possession of a small amount of marijuana.

# DEPARTMENT OF PUBLIC SAFETY

From  1/31/2021   to  1/31/2021          **Clery Act Daily Crime Log**

| | | | |
|---|---|---|---|
| **Case #:** | **IR2021-000071** | **Date/Time Reported:** | 1/31/2021 12:20 AM |
| **Location:** | SECTOR 4 : CAUGHLIN HALL | | |
| **Incident Occurred Between:** | 1/31/2021 12:20 AM   and   1/31/2021 01:35 AM | | |
| **Internal Reference Number:** | | | |
| | **Incident Type:** | **Disposition:** | |
| | HARASSMENT-REPEATED COMMUNICATION, COURS | DISCIPLINARY REVIEW | |
| | TERRORISTIC THREATS | DISCIPLINARY REVIEW | |

**Notes:**   A male resident student reported being harassed by several other resident students who threatened him with bodily harm.

| | | | |
|---|---|---|---|
| **Case #:** | **IR2021-000073** | **Date/Time Reported:** | 1/31/2021 02:16 AM |
| **Location:** | SECTOR 4 : CAUGHLIN HALL | | |
| **Incident Occurred Between:** | 8/1/2020 12:00 AM   and   8/31/2021 11:59 PM | | |
| **Internal Reference Number:** | | | |
| | **Incident Type:** | **Disposition:** | |
| | SEXUAL ASSAULT | INACTIVE | |

**Notes:**   A female resident student reported being sexually assaulted on campus by a known student in August  2020.

CASE STATUS UPDATE:  Inactive  5/3/21

# DEPARTMENT OF PUBLIC SAFETY

From  2/28/2021  to 2/28/2021        **Clery Act Daily Crime Log**

| Case #: | IR2021-000304 | Date/Time Reported: | 2/28/2021 12:51 AM |
|---|---|---|---|
| **Location:** | SECTOR 3 : SULLIVAN HALL | | |
| **Incident Occurred Between:** | 2/28/2021 12:52 AM  and  2/28/2021 01:10 AM | | |
| **Internal Reference Number:** | | | |

| **Incident Type:** | **Disposition:** |
|---|---|
| LIQUOR UNDERAGE-PURCH, CONSUM, POSS, TRAN | DISCIPLINARY REVIEW |

**Notes:** A female resident student, under the age of 21, was evaluated for alcohol intoxication and transported to Bryn Mawr Hospital for further treatment.

| Case #: | IR2021-000299 | Date/Time Reported: | 2/28/2021 12:57 AM |
|---|---|---|---|
| **Location:** | SECTOR 1 : RUDOLPH HALL | | |
| **Incident Occurred Between:** | 2/28/2021 12:57 AM  and  2/28/2021 01:21 AM | | |
| **Internal Reference Number:** | | | |

| **Incident Type:** | **Disposition:** |
|---|---|
| LIQUOR UNDERAGE-PURCH, CONSUM, POSS, TRAN | DISCIPLINARY REVIEW |

**Notes:** A female resident student, under the age of 21, was evaluated for alcohol intoxication.

| Case #: | IR2021-000303 | Date/Time Reported: | 2/28/2021 01:44 AM |
|---|---|---|---|
| **Location:** | SECTOR 4 : GOOD COUNSEL HALL | | |
| **Incident Occurred Between:** | 2/28/2021 01:44 AM  and  2/28/2021 03:59 AM | | |
| **Internal Reference Number:** | | | |

| **Incident Type:** | **Disposition:** |
|---|---|
| DISORDERLY CONDUCT | DISCIPLINARY REVIEW |
| LIQUOR UNDERAGE-PURCH, CONSUM, POSS, TRAN | DISCIPLINARY REVIEW |

**Notes:** A female resident student, under the age of 21, was evaluated for alcohol intoxication. During the evaluation she began acting in a disorderly manner with EMS and Police.

| Case #: | IR2021-000300 | Date/Time Reported: | 2/28/2021 01:59 AM |
|---|---|---|---|
| **Location:** | SECTOR 3 : M-2 SAC GARAGE | | |
| **Incident Occurred Between:** | 2/28/2021 02:00 AM  and  2/28/2021 02:10 AM | | |
| **Internal Reference Number:** | | | |

| **Incident Type:** | **Disposition:** |
|---|---|
| CRIMINAL MISCHIEF | INACTIVE |

**Notes:** A university van was found unsecured. A university golf cart was also found overturned in the same area.

| Case #: | IR2021-000309 | Date/Time Reported: | 2/28/2021 10:52 PM |
|---|---|---|---|
| **Location:** | WHOLE CAMPUS | | |
| **Incident Occurred Between:** | 2/26/2021 12:00 AM  and  2/28/2021 12:00 AM | | |
| **Internal Reference Number:** | | | |

| **Incident Type:** | **Disposition:** |
|---|---|
| SEXUAL ASSAULT | INACTIVE |

**Notes:** Bryn Mawr Hospital reported treating a student for a sexual assault committed by a known individual which occurred at an unknown location on campus. The student declined to be identified.

CASE STATUS UPDATE:  Inactive  5/3/21  JTS

**VU000731**

# DEPARTMENT OF PUBLIC SAFETY

From  3/2/2021  to 3/2/2021          **Clery Act Daily Crime Log**

| | | |
|---|---|---|
| **Case #:** | IR2021-000319 | **Date/Time Reported:**    3/2/2021 10:00 AM |
| **Location:** | SECTOR 4 : STANFORD HALL | |
| **Incident Occurred Between:** | 2/19/2021 11:00 PM   and  2/20/2021 01:00 AM | |
| **Internal Reference Number:** | | |

| **Incident Type:** | **Disposition:** |
|---|---|
| SEXUAL ASSAULT | CLOSED |
| DOMESTIC VIOLENCE | CLOSED |

**Notes:**  A resident female student reported that a male resident student had vaginal intercourse with her while she was incapacitated.

CASE STATUS UPDATE:  Closed  7/8/21  JTS

| | | |
|---|---|---|
| **Case #:** | IR2021-000320 | **Date/Time Reported:**    3/2/2021 10:00 AM |
| **Location:** | SECTOR 4 : STANFORD HALL | |
| **Incident Occurred Between:** | 2/27/2021 01:30 AM   and  2/27/2021 02:30 AM | |
| **Internal Reference Number:** | | |

| **Incident Type:** | **Disposition:** |
|---|---|
| AGGRAVATED INDECENT ASSAULT | CLOSED |
| DOMESTIC VIOLENCE | CLOSED |

**Notes:**  A female resident student reported that she was subjected to indecent contact without her consent by a known male resident student.

CASE STATUS UPDATE:  Closed  7/8/21  JTS

| | | |
|---|---|---|
| **Case #:** | IR2021-000321 | **Date/Time Reported:**    3/2/2021 10:00 AM |
| **Location:** | SECTOR 4 : GOOD COUNSEL HALL | |
| **Incident Occurred Between:** | 2/26/2021 10:45 PM   and  2/27/2021 12:00 AM | |
| **Internal Reference Number:** | | |

| **Incident Type:** | **Disposition:** |
|---|---|
| HARASSMENT-STRIKE, KICK, SHOVE | CLOSED |
| INDECENT ASSAULT | CLOSED |

**Notes:**  A female resident student reported that she was subjected to unwanted touching by a known male resident student .

CASE STATUS UPDATE:  Closed  7/8/21  JTS

| | | |
|---|---|---|
| **Case #:** | IR2021-000322 | **Date/Time Reported:**    3/2/2021 10:00 AM |
| **Location:** | SECTOR 4 : GOOD COUNSEL HALL | |
| **Incident Occurred Between:** | 2/27/2021 12:00 AM   and  2/27/2021 01:30 AM | |
| **Internal Reference Number:** | | |

| **Incident Type:** | **Disposition:** |
|---|---|
| HARASSMENT-STRIKE, KICK, SHOVE | CLOSED |
| INDECENT ASSAULT | CLOSED |

**Notes:**  A female resident student reported that she was subjected to unwanted touching by a known male resident student .

CASE STATUS UPDATE:  Closed  7/8/21  JTS

| | | |
|---|---|---|
| **Case #:** | IR2021-000323 | **Date/Time Reported:**    3/2/2021 10:00 AM |
| **Location:** | SECTOR 4 : STANFORD HALL | |
| **Incident Occurred Between:** | 2/27/2021 01:30 AM   and  2/27/2021 02:30 AM | |
| **Internal Reference Number:** | | |

| **Incident Type:** | **Disposition:** |
|---|---|
| INDECENT ASSAULT | CLOSED |

**VU000732**

**Notes:** A female resident student reported that a known male resident student had indecent contact with her while she was asleep.

CASE STATUS UPDATE: Closed 7/8/21 JTS

**VU000733**
Page 2 of 2

# DEPARTMENT OF PUBLIC SAFETY

From  3/15/2021  to  3/15/2021          **Clery Act Daily Crime Log**

| | | | |
|---|---|---|---|
| **Case #:** | **IR2021-000416** | **Date/Time Reported:** | 3/15/2021 12:53 PM |
| **Location:** | SECTOR 1 : WELSH HALL | | |
| **Incident Occurred Between:** | 3/31/2019 01:20 AM    and   3/31/2019 10:30 AM | | |
| **Internal Reference Number:** | | | |

| **Incident Type:** | **Disposition:** |
|---|---|
| INVASION OF PRIVACY | CLOSED |
| SEXUAL ASSAULT | CLOSED |
| SIMPLE ASSAULT | CLOSED |
| DOMESTIC VIOLENCE | CLOSED |

**Notes:**  Title IX Coordinator reported that an Ethics Point complaint was received stating that the reporter , a student, was sexually assaulted by a student on campus.

CASE STATUS UPDATE:  Closed  5/5/21  JTS

| | | | |
|---|---|---|---|
| **Case #:** | **IR2021-000413** | **Date/Time Reported:** | 3/15/2021 01:07 PM |
| **Location:** | SECTOR 2 : MONASTERY | | |
| **Incident Occurred Between:** | 3/12/2021 02:00 PM    and   3/15/2021 04:33 PM | | |
| **Internal Reference Number:** | | | |

| **Incident Type:** | **Disposition:** |
|---|---|
| HARASSMENT-REPEATED COMMUNICATION, COURS | CLOSED |

**Notes:**   A non affiliated male made repeated harassing phone calls to the Monastery.

| | | | |
|---|---|---|---|
| **Case #:** | **IR2021-000412** | **Date/Time Reported:** | 3/15/2021 01:39 PM |
| **Location:** | SECTOR 4 : DOBBIN HALL | | |
| **Incident Occurred Between:** | 3/11/2021 12:00 AM    and   3/15/2021 02:57 PM | | |
| **Internal Reference Number:** | | | |

| **Incident Type:** | **Disposition:** |
|---|---|
| THEFT BY UNLAWFUL TAKING OR DISPOSITION | INACTIVE |

**Notes:**   A student retrieved a piece of mail from the Lancaster Avenue mailroom and found that the envelope was already opened and a $50 gift card was missing.

# DEPARTMENT OF PUBLIC SAFETY

From  3/22/2021  to  3/22/2021            **Clery Act Daily Crime Log**

---

| | | | |
|---|---|---|---|
| **Case #:** | **IR2021-000473** | **Date/Time Reported:** | 3/22/2021 11:00 AM |
| **Location:** | SECTOR 4 : STANFORD HALL | | |
| **Incident Occurred Between:** | 12/10/2018 12:00 AM  and  12/10/2018 11:59 PM | | |
| **Internal Reference Number:** | | | |

| **Incident Type:** | **Disposition:** |
|---|---|
| INVOLUNTARY DEVIATE SEXUAL INTERCOURSE | CLOSED |
| RAPE | CLOSED |
| DOMESTIC VIOLENCE | CLOSED |

**Notes:**   A student reported that she was raped and forced to perform oral sex by 2 known male residential students in December 2018.

---

| | | | |
|---|---|---|---|
| **Case #:** | **IR2021-000474** | **Date/Time Reported:** | 3/22/2021 03:17 PM |
| **Location:** | SECTOR 1 : ST. MARY'S HALL | | |
| **Incident Occurred Between:** | 3/21/2021 06:00 PM  and  3/21/2021 11:59 PM | | |
| **Internal Reference Number:** | | | |

| **Incident Type:** | **Disposition:** |
|---|---|
| DATING VIOLENCE | CLOSED |
| HARASSMENT-REPEATED COMMUNICATION, COUR! | CLOSED |
| STALKING | CLOSED |

**Notes:**   An RA reported that a female resident student has been receiving harassing phone calls from an unaffiliated male .

CASE STATUS UPDATE:  Closed  3/23/2021  JTS

---

| | | | |
|---|---|---|---|
| **Case #:** | **IR2021-000470** | **Date/Time Reported:** | 3/22/2021 04:00 PM |
| **Location:** | SECTOR 4 : STANFORD HALL | | |
| **Incident Occurred Between:** | 9/16/2019 12:00 AM  and  9/30/2019 12:00 AM | | |
| **Internal Reference Number:** | | | |

| **Incident Type:** | **Disposition:** |
|---|---|
| AGGRAVATED INDECENT ASSAULT | CLEARED BY ARREST |
| INDECENT ASSAULT | CLEARED BY ARREST |
| SIMPLE ASSAULT | CLEARED BY ARREST |

**Notes:**   A female resident student reported assaultive behavior by a known male .

ARRESTED:  EXPUNGED
          Aggravated Indecent Assault, Indecent Assault, Simple Assault

---

# DEPARTMENT OF PUBLIC SAFETY

From  3/31/2021  to  3/31/2021         **Clery Act Daily Crime Log**

| | | | |
|---|---|---|---|
| **Case #:** | IR2021-000532 | **Date/Time Reported:** | 3/31/2021 08:11 PM |
| **Location:** | SECTOR 4 : ST. MONICA HALL | | |
| **Incident Occurred Between:** | 3/26/2021 09:00 PM   and   3/26/2021 11:59 PM | | |
| **Internal Reference Number:** | | | |

| **Incident Type:** | **Disposition:** |
|---|---|
| SEXUAL ASSAULT | CLOSED |
| DOMESTIC VIOLENCE | CLOSED |
| STRANGULATION | CLOSED |

**Notes:**  A female resident student reported being sexually assaulted on campus by a known male .

CASE STATUS UPDATE:  Closed  9/8/21 JTS

| | | | |
|---|---|---|---|
| **Case #:** | IR2021-000540 | **Date/Time Reported:** | 3/31/2021 08:12 PM |
| **Location:** | SECTOR 4 : ST. MONICA HALL | | |
| **Incident Occurred Between:** | 3/29/2021 01:00 PM   and   3/29/2021 03:00 PM | | |
| **Internal Reference Number:** | | | |

| **Incident Type:** | **Disposition:** |
|---|---|
| INDECENT ASSAULT | CLOSED |
| RAPE | CLOSED |
| SIMPLE ASSAULT | CLOSED |
| DOMESTIC VIOLENCE | CLOSED |
| STRANGULATION | CLOSED |

**Notes:**  A Police Sgt and POS responded to Bryn Mawr Hospital to take a report for a sexual assault that occurred on campus .

CASE STATUS UPDATE:  Closed  9/8/21

# DEPARTMENT OF PUBLIC SAFETY

From  4/16/2021    to  4/16/2021                **Clery Act Daily Crime Log**

| | | | |
|---|---|---|---|
| **Case #:** | **IR2021-000632** | **Date/Time Reported:** | 4/16/2021 04:45 PM |
| **Location:** | SECTOR 4 : GOOD COUNSEL HALL | | |
| **Incident Occurred Between:** | 11/7/2020 12:00 AM    and   11/7/2020 11:59 PM | | |
| **Internal Reference Number:** | | | |
| | **Incident Type:** | **Disposition:** | |
| | SEXUAL ASSAULT | CLOSED | |

**Notes:**   A student reported being sexually assaulted in a residence hall by a known student in November 2020.

## DEPARTMENT OF PUBLIC SAFETY

From  4/29/2021  to  4/29/2021 **Clery Act Daily Crime Log**

| | | | |
|---|---|---|---|
| **Case #:** | **IR2021-000727** | **Date/Time Reported:** | 4/29/2021 06:30 AM |
| **Location:** | SECTOR 4 : I-1 MAIN LOT GARAGE | | |
| **Incident Occurred Between:** | 4/29/2021 01:56 AM   and  4/29/2021 02:19 AM | | |
| **Internal Reference Number:** | | | |

| | |
|---|---|
| **Incident Type:** | **Disposition:** |
| RECEIVING STOLEN PROPERTY | DISCIPLINARY REVIEW |
| THEFT BY UNLAWFUL TAKING OR DISPOSITION | DISCIPLINARY REVIEW |

**Notes:**   Two male resident students removed a University traffic control sign were later found in possession of the same sign.

---

| | | | |
|---|---|---|---|
| **Case #:** | **IR2021-000734** | **Date/Time Reported:** | 4/29/2021 10:52 AM |
| **Location:** | SECTOR 4 : KATHARINE HALL | | |
| **Incident Occurred Between:** | 4/29/2021 07:30 AM   and  4/29/2021 08:00 AM | | |
| **Internal Reference Number:** | | | |

| | |
|---|---|
| **Incident Type:** | **Disposition:** |
| HARASSMENT-STRIKE, KICK, SHOVE | DISCIPLINARY REVIEW |
| HARASSMENT-REPEATED COMMUNICATION, COURS | DISCIPLINARY REVIEW |

**Notes:**   A male resident student reported a verbal and physical altercation with a known male resident student .

   CASE STATUS UPDATE:  Disciplinary Review  5/3/21  JTS

---

| | | | |
|---|---|---|---|
| **Case #:** | **IR2021-000743** | **Date/Time Reported:** | 4/29/2021 05:57 PM |
| **Location:** | WHOLE CAMPUS | | |
| **Incident Occurred Between:** | 9/19/2020 04:00 AM   and  9/19/2020 04:00 AM | | |
| **Internal Reference Number:** | | | |

| | |
|---|---|
| **Incident Type:** | **Disposition:** |
| SEXUAL ASSAULT | INACTIVE |

**Notes:**   Title IX Coordinator reported a sexual assault that occurred in a University residence hall in September  2020.

   CASE STATUS UPDATE:  11/01/2023 - Inactive - MJG

# DEPARTMENT OF PUBLIC SAFETY

From  8/19/2021   to  8/19/2021          **Clery Act Daily Crime Log**

| | | | |
|---|---|---|---|
| **Case #:** | **IR2021-001035** | **Date/Time Reported:** | 8/19/2021 02:42 PM |
| **Location:** | WHOLE CAMPUS | | |
| **Incident Occurred Between:** | 8/17/2021 12:00 AM   and   8/18/2021 12:00 AM | | |
| **Internal Reference Number:** | | | |

| | |
|---|---|
| **Incident Type:** | **Disposition:** |
| RAPE | CLOSED |

**Notes:**   The Title IX Coordinator reported that a female resident student reported that a known male student had sexual intercourse with her when she was incapacitated and unable to consent. The incident occurred in an on-campus residence hall.

| | | | |
|---|---|---|---|
| **Case #:** | **IR2021-001037** | **Date/Time Reported:** | 8/19/2021 11:19 PM |
| **Location:** | SECTOR 3 : DOUGHERTY HALL | | |
| **Incident Occurred Between:** | 8/19/2021 11:19 PM   and   8/19/2021 11:58 PM | | |
| **Internal Reference Number:** | | | |

| | |
|---|---|
| **Incident Type:** | **Disposition:** |
| LIQUOR UNDERAGE-PURCH, CONSUM, POSS, TRAN | DISCIPLINARY REVIEW |
| PUBLIC DRUNKENNESS | DISCIPLINARY REVIEW |

**Notes:**   Two female resident students, under the age of 21, were transported to the hospital for alcohol intoxication.

# DEPARTMENT OF PUBLIC SAFETY

From  10/24/2021  to  10/24/2021                    **Clery Act Daily Crime Log**

| | | | |
|---|---|---|---|
| **Case #:** | **IR2021-001684** | **Date/Time Reported:** | 10/24/2021 12:16 AM |
| **Location:** | SECTOR 4 : STANFORD HALL | | |
| **Incident Occurred Between:** | 10/23/2021 11:00 PM  and  10/23/2021 11:59 PM | | |
| **Internal Reference Number:** | | | |
| | **Incident Type:** | **Disposition:** | |
| | SEXUAL ASSAULT | INACTIVE | |

**Notes:**   A female resident student reported being sexually assaulted on campus by a known male resident student .

        CASE STATUS UPDATE:  Inactive - 11/12/2021 - MJG

| | | | |
|---|---|---|---|
| **Case #:** | **IR2021-001688** | **Date/Time Reported:** | 10/24/2021 12:16 AM |
| **Location:** | SECTOR 4 : STANFORD HALL | | |
| **Incident Occurred Between:** | 10/24/2021 12:16 AM  and  10/24/2021 12:16 AM | | |
| **Internal Reference Number:** | | | |
| | **Incident Type:** | **Disposition:** | |
| | LIQUOR UNDERAGE-PURCH, CONSUM, POSS, TRAN | DISCIPLINARY REVIEW | |
| | PUBLIC DRUNKENNESS | DISCIPLINARY REVIEW | |

**Notes:**   A female resident student, under the age of 21, was evaluated for alcohol intoxication.

# DEPARTMENT OF PUBLIC SAFETY

From  1/25/2022  to  1/25/2022      **Clery Act Daily Crime Log**

| | | |
|---|---|---|
| **Case #:** | **IR2022-000156** | **Date/Time Reported:** 1/25/2022 02:10 PM |
| **Location:** | SECTOR 4 : STANFORD HALL | |
| **Incident Occurred Between:** | 1/11/2022 12:00 AM   and  1/11/2022 11:59 PM | |
| **Internal Reference Number:** | | |
| | **Incident Type:** | **Disposition:** |
| | RAPE | INACTIVE |

**Notes:**  Title IX Coordinator reported a female resident student was raped by a known male resident student on-campus.

| | | |
|---|---|---|
| **Case #:** | **IR2022-000159** | **Date/Time Reported:** 1/25/2022 04:05 PM |
| **Location:** | SECTOR 3 : SHEEHAN HALL | |
| **Incident Occurred Between:** | 10/1/2021 12:00 PM   and  1/25/2022 05:05 PM | |
| **Internal Reference Number:** | | |
| | **Incident Type:** | **Disposition:** |
| | HARASSMENT-REPEATED COMMUNICATION, COURS | DISCIPLINARY REVIEW |

**Notes:**  Two female resident students reported being harassed by a male resident student.

| | | |
|---|---|---|
| **Case #:** | **IR2022-000162** | **Date/Time Reported:** 1/25/2022 09:48 PM |
| **Location:** | SECTOR 3 : SHEEHAN HALL | |
| **Incident Occurred Between:** | 1/25/2022 09:48 PM   and  1/25/2022 10:22 PM | |
| **Internal Reference Number:** | | |
| | **Incident Type:** | **Disposition:** |
| | LIQUOR UNDERAGE-PURCH, CONSUM, POSS, TRAN | DISCIPLINARY REVIEW |
| | PUBLIC DRUNKENNESS | DISCIPLINARY REVIEW |

**Notes:**  A male resident student, under the age of 21, was evaluated for alcohol intoxication by VEMS and released.

# DEPARTMENT OF PUBLIC SAFETY

From  3/8/2022    to  3/8/2022

## Clery Act Daily Crime Log

| | | | |
|---|---|---|---|
| **Case #:** | **IR2022-000514** | **Date/Time Reported:** | 3/8/2022 11:08 AM |
| **Location:** | SECTOR 4 : MCGUIRE HALL | | |
| **Incident Occurred Between:** | 3/7/2022 07:44 AM     and  3/8/2022 12:15 PM | | |
| **Internal Reference Number:** | | | |
| | **Incident Type:** | **Disposition:** | |
| | DATING VIOLENCE | MATTER UNDER INVESTIGATION | |
| | HARASSMENT-REPEATED COMMUNICATION, COURS | MATTER UNDER INVESTIGATION | |

**Notes:**   A female resident student reported being harassed and threatened by a male resident student.

| | | | |
|---|---|---|---|
| **Case #:** | **IR2022-000518** | **Date/Time Reported:** | 3/8/2022 09:30 PM |
| **Location:** | WHOLE CAMPUS | | |
| **Incident Occurred Between:** | 3/8/2022 09:30 PM     and  3/9/2022 03:52 AM | | |
| **Internal Reference Number:** | | | |
| | **Incident Type:** | **Disposition:** | |
| | AGGRAVATED INDECENT ASSAULT | INACTIVE | |
| | RAPE | INACTIVE | |
| | STRANGULATION | INACTIVE | |

**Notes:**   A female student reported a sexual assault that occurred on campus by a known individual .

CASE STATUS UPDATE:  Codes of Rape and Strangulation added 3/16/22  JTS

CASE STATUS UPDATE: Inactive 03/28/2022 MJG

# DEPARTMENT OF PUBLIC SAFETY

From  3/19/2022   to  3/19/2022                    **Clery Act Daily Crime Log**

| Case #: | IR2022-000609 | Date/Time Reported: | 3/19/2022 03:30 AM |
|---|---|---|---|

**Location:** SECTOR 3 : ALUMNI HALL
**Incident Occurred Between:** 2/19/2022 06:00 PM    and  2/20/2022 11:59 AM
**Internal Reference Number:**

| Incident Type: | Disposition: |
|---|---|
| RAPE | CLOSED |
| DOMESTIC VIOLENCE | CLOSED |

**Notes:**  A male resident student reported during a mental health evaluation that he sexually assaulted a female resident student on campus.

CASE STATUS UPDATE:  Code changed to Rape and date and time of occurrence
updated.  3/25/22   JTS

# DEPARTMENT OF PUBLIC SAFETY

From  3/24/2022    to  3/24/2022          **Clery Act Daily Crime Log**

| | | | |
|---|---|---|---|
| **Case #:** | **IR2022-000658** | **Date/Time Reported:** | 3/24/2022 09:16 AM |
| **Location:** | WHOLE CAMPUS | | |
| **Incident Occurred Between:** | 9/1/2021 12:00 AM     and  9/30/2021 12:00 AM | | |
| **Internal Reference Number:** | | | |
| | **Incident Type:** | **Disposition:** | |
| | RAPE | CLOSED | |

**Notes:**  Title IX Coordinator reported that a female student was sexually assaulted by a known male resident student in September 2021 in an on-campus residence hall.

# DEPARTMENT OF PUBLIC SAFETY

From  8/25/2022  to  8/25/2022            **Clery Act Daily Crime Log**

| | | | |
|---|---|---|---|
| **Case #:** | **IR2022-001336** | **Date/Time Reported:** | 8/25/2022 04:10 PM |
| **Location:** | SECTOR 4 : ST. MONICA HALL | | |
| **Incident Occurred Between:** | 1/20/2020 12:00 AM   and  1/20/2020 11:59 PM | | |
| **Internal Reference Number:** | | | |

| **Incident Type:** | **Disposition:** |
|---|---|
| INVASION OF PRIVACY | INACTIVE |
| RAPE | INACTIVE |
| DOMESTIC VIOLENCE | INACTIVE |

**Notes:**   The University Title IX Coordinator reported an incident of sexual misconduct that occurred between two known individuals.  The incident occurred in 2020.

Case status Update:  Incident Type change from Dating to Domestic Violence 08/29/2022 RLK #995.

---

| | | | |
|---|---|---|---|
| **Case #:** | **IR2022-001337** | **Date/Time Reported:** | 8/25/2022 05:07 PM |
| **Location:** | SECTOR 4 : GOOD COUNSEL HALL | | |
| **Incident Occurred Between:** | 1/1/2020 12:00 AM    and  5/15/2020 11:59 PM | | |
| **Internal Reference Number:** | | | |

| **Incident Type:** | **Disposition:** |
|---|---|
| RAPE | INACTIVE |
| DOMESTIC VIOLENCE | INACTIVE |

**Notes:**   The University Title IX Coordinator reported an incident of sexual misconduct that occurred between two known individuals.  The incident occurred in 2020.

Case status Update:  Incident Type change from Dating to Domestic Violence 08/29/2022 RLK #995.

---

| | | | |
|---|---|---|---|
| **Case #:** | **IR2022-001338** | **Date/Time Reported:** | 8/25/2022 05:11 PM |
| **Location:** | SECTOR 4 : ST. MONICA HALL | | |
| **Incident Occurred Between:** | 1/1/2020 12:00 AM    and  5/15/2020 11:59 PM | | |
| **Internal Reference Number:** | | | |

| **Incident Type:** | **Disposition:** |
|---|---|
| SIMPLE ASSAULT | INACTIVE |
| DOMESTIC VIOLENCE | INACTIVE |

**Notes:**   The University Title IX Coordinator reported an incident of sexual misconduct that occurred between two known individuals.  The incident occurred in 2020.

---

| | | | |
|---|---|---|---|
| **Case #:** | **IR2022-001339** | **Date/Time Reported:** | 8/25/2022 05:11 PM |
| **Location:** | SECTOR 1 : MOULDEN HALL | | |
| **Incident Occurred Between:** | 8/15/2020 12:00 AM    and  12/31/2020 11:59 PM | | |
| **Internal Reference Number:** | | | |

| **Incident Type:** | **Disposition:** |
|---|---|
| RAPE | INACTIVE |
| DOMESTIC VIOLENCE | INACTIVE |

**Notes:**   The University Title IX Coordinator reported an incident of sexual misconduct that occurred between two known individuals.  The incident occurred in 2020.

Case status Update:  Incident Type change from Dating to Domestic Violence 08/29/2022 RLK #995.

# DEPARTMENT OF PUBLIC SAFETY

From  8/29/2022   to 8/29/2022                    **Clery Act Daily Crime Log**

| | | |
|---|---|---|
| **Case #:** | **IR2022-001375** | **Date/Time Reported:**    8/29/2022 01:55 PM |
| **Location:** | SECTOR 3 : SHEEHAN HALL | |
| **Incident Occurred Between:** | 8/25/2022 01:00 AM   and  8/25/2022 02:30 AM | |
| **Internal Reference Number:** | | |

| | **Incident Type:** | **Disposition:** |
|---|---|---|
| | INDECENT ASSAULT | CLEARED BY ARREST |
| | RAPE | CLEARED BY ARREST |
| | SEXUAL ASSAULT | CLEARED BY ARREST |

**Notes:**   Title IX Coordinator reported that a student reported being sexually assaulted by a known student .

CASE STATUS UPDATE: 01/31/2023 Incident Type Labels updated to Include Sexual Assault and Indecent Assault .
The following individual was charged with Rape, Sexual Assault and two counts of Indecent assault:

Elijah Joseph Katzenell, 20YOA
12606 Granite Rock Road, Clarksburg, MD 20871

**VU000746**

# DEPARTMENT OF PUBLIC SAFETY

From  10/31/2022  to  10/31/2022 **Clery Act Daily Crime Log**

| | | |
|---|---|---|
| **Case #:** | IR2022-001953 | **Date/Time Reported:** 10/31/2022 01:01 PM |
| **Location:** | WHOLE CAMPUS | |
| **Incident Occurred Between:** | 1/1/2022 12:01 AM    and   1/31/2022 11:59 PM | |
| **Internal Reference Number:** | | |
| | **Incident Type:** | **Disposition:** |
| | SEXUAL ASSAULT | INACTIVE |

**Notes:** Title IX Coordinator conveyed a second-hand report of a sexual assault that occurred during the month of January 2022 in a University-owned residence hall.

# DEPARTMENT OF PUBLIC SAFETY

From 11/2/2022 to 11/2/2022      **Clery Act Daily Crime Log**

| | | | |
|---|---|---|---|
| **Case #:** | **IR2022-001970** | **Date/Time Reported:** | 11/2/2022 10:00 AM |
| **Location:** | SECTOR 2 : DELUREY HALL | | |
| **Incident Occurred Between:** | 10/17/2022 12:00 AM  and  10/17/2022 12:00 AM | | |
| **Internal Reference Number:** | | | |
| | **Incident Type:** | **Disposition:** | |
| | INDECENT ASSAULT | CLOSED | |
| | RAPE | CLOSED | |
| | STRANGULATION | CLOSED | |

Notes:   A female student reported being touched in an inappropriate manner by a known student .

     UPDATE:  Closed - Informal Resolution

| | | | |
|---|---|---|---|
| **Case #:** | **IR2022-001971** | **Date/Time Reported:** | 11/2/2022 11:11 PM |
| **Location:** | SECTOR 3 : CONNELLY CENTER | | |
| **Incident Occurred Between:** | 11/2/2022 11:00 PM    and   11/2/2022 11:05 PM | | |
| **Internal Reference Number:** | | | |
| | **Incident Type:** | **Disposition:** | |
| | RETAIL THEFT | CLOSED | |

Notes:   Belle Air Terrace employee reported a theft of an unknown item .

     CASE STATUS UPDATE:  12/01/2022 - Closed - MJG