# EXHIBIT KK

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| C.A.<br><br>                 Plaintiff,<br><br>    v.<br><br>VILLANOVA UNIVERSITY, et al.,<br><br>               Defendants. | No. 2:24-cv-04434-KNS<br><br>JURY DEMANDED |

I, Stacy Andes, hereby declare as follows:

1. I am the Director of Health Promotion at Villanova University ("Villanova" or the "University").

2. In this role, I am responsible, among other duties, for education and prevention efforts at the University pertaining to alcohol and other drugs.

3. I have reviewed the documents identified herein as Attachments E ("Rethinking Drinking"), F ("Alcohol and Other Substances"), and G ("Know How To Help An Intoxicated Friend").

4. I confirm that each of these documents was an educational resource broadly distributed to the Villanova undergraduate student body during academic years 2021-2022 and 2022-2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of September, 2025.

*Stacy Andes*
Stacy Andes

56394198.2

**VU000755**