# EXHIBIT LL

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| C.A. | |
| Plaintiff, | No. 2:24-cv-04434-KNS |
| v. | |
| VILLANOVA UNIVERSITY, et al., | JURY DEMANDED |
| Defendants. | |

I, Dillon Eppenstein, hereby declare as follows:

1. I am the Director for Residential Programs at Villanova University ("Villanova" or the "University").

2. In this role, I am responsible, among other duties, for Resident Assistant programming.

3. I have reviewed the document identified herein as Attachment H ("First Floor Meeting (Upperclass: August 24 – September 2, 2022").

4. I confirm that this document is the itinerary Resident Assistants were instructed to follow in leading mandatory "floor meetings" with upper-class (*i.e.,* not first year / freshmen) residential students during the first week of the Fall 2022 semester.

5. I confirm that all upper-class residential students were required to attend these "floor meetings" and that upon information and belief, all floor meetings which were held followed the assigned itinerary.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __3__ day of October, 2025.

Dillon Eppenstein

**VU000756**