# EXHIBIT MM

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| C.A.<br><br>Plaintiff,<br><br>v.<br><br>VILLANOVA UNIVERSITY, et al.,<br><br>Defendants. | No. 2:24-cv-04434-KNS<br><br>JURY DEMANDED |

I, Sydney Scheiner, hereby declare as follows:

1. I am the Assistant Dean of Students for Conduct Resolution & Community Engagement at Villanova University ("Villanova" or the "University").

2. In this role, I am responsible, among other duties, for covering topics in Resident Assistant training related to University policies.

3. I have reviewed the documents identified herein as Attachments I ("Addressing Policy 101"), J ("Addressing Policy 102: Incidents You Can Address On Your Own"), K ("Addressing Policy 103: Higher-level Incidents When You Will Call for Support"), and L ("Addressing Policy 104: An Overview of the Student Conduct Process").

4. I confirm that these documents were used in mandatory training for Resident Assistants in Fall 2022.

5. I have reviewed the documents identified herein as Attachments X ("RA Training: Addressing and Responding to Policy Concerns") and Y ("Intoxication Protocol and Incident Report Writing").

6. I confirm that these documents were used in mandatory training for Resident Assistants in Fall 2021.

7. I confirm that for academic year 2022-2023, the Dean of Students Office was informed that seventy-two (72) Villanova students were residing at College Hall. The Dean of Students Office was informed of a similar number of Villanova students residing at College Hall in each of the preceding three years as well.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __1__ day of October, 2025.

_____
Sydney Scheiner

56395642.1

1

**VU000757**