# EXHIBIT NN

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| C.A.<br><br>                Plaintiff,<br><br>v.<br><br>VILLANOVA UNIVERSITY, et al.,<br><br>                Defendants. | No. 2:24-cv-04434-KNS<br><br>JURY DEMANDED |

I, Ryan Rost, hereby declare as follows:

1. I am the Title IX Coordinator at Villanova University ("Villanova" or the "University").

2. In this role, I am responsible, among other duties, for coordinating the University's education and prevention efforts pertaining to sexual misconduct, including training for Resident Assistants on issues pertaining to sexual misconduct, and relevant content at New Student Orientation.

3. I have reviewed the documents identified herein as Attachments P ("Sexual Misconduct Resource Guide"), Q ("Responding to Sexual Misconduct RA Training August 2022"), and R ("Just the Facts RA Training 2022").

4. I confirm that these documents were used in mandatory training for Resident Assistants in Fall 2022.

5. I have reviewed the document identified herein as Attachment S ("Understanding the Unique and Important Role of OSMs if a first-year student shares an experience of sexual violence").

6. I confirm that this document was used in mandatory training for students involved in New Student Orientation in Fall 2022.

7. I have reviewed the documents identified herein as, collectively, Attachment T.

8. I confirm that these documents were part of a Policy Campaign Poster Series which were made available to all RA's and broadly advertised on campus to the undergraduate student population in 2021 and 2022.

9. I have reviewed the documents identified herein as Z ("Moments That Matter 2021"), AA ("Moments That Matter OSM Training 2021"), and BB ("Moments That Matter Post-Video Discussion").

VU000758

10. I confirm that these documents were used to, respectively, train Moments That Matter facilitators and New Student Orientation workers participating in Moments That Matter in Fall 2021.

11. I affirm that Moments That Matter is a program focused on high-risk alcohol use and sexual violence, with a particular focus on safe and effective bystander intervention skills, consent, survivor support, and campus resources, which was mandatory for all new students (first year / freshmen and transfer students) at Villanova in academic years 2021-2022 and 2022-2023.

12. I have reviewed the documents identified herein as M ("A Villanova University Guide for Our Community (Fall 2022)") and CC ("A Villanova University Guide for Our Community (Fall 2021)").

13. I confirm that a version of this document (Attachment M in 2022 and Attachment CC in 2021), also referred to as the "Sexual Violence Resource Booklet," was distributed to all first year / freshmen and transfer students at New Student Orientation, and to all returning residential students at mandatory "floor meetings" held with their Resident Assistants at the beginning of the academic year.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 1ST day of October, 2025.

_____
Ryan Rost