UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| C.A.,<br><br>    Plaintiff,<br><br>    v.<br><br>Villanova University, et al.,<br><br>    Defendants. | Case No. 2:24-cv-04434-KNS<br><br>Electronically Filed |

**DEFENDANT VILLANOVA UNIVERSITY'S ANSWER TO
CO-DEFENDANT ELIJAH JOSEPH KATZENELL'S NEW MATTER CROSSCLAIMS**

AND NOW Defendant Villanova University ("Villanova"), by and through undersigned counsel, answers the New Matter Crossclaims of co-Defendant Elijah Joseph Katzenell ("Katzenell") (Doc. 76) as follows:

15. Denied. The allegations contained in the corresponding paragraph of Katzenell's New Matter Crossclaims are automatically deemed denied as conclusions of law to which no responsive pleading is required, and, to the extent deemed to be factual, they are also denied.

16. Denied. The allegations contained in the corresponding paragraph of Katzenell's New Matter Crossclaims are automatically deemed denied as conclusions of law to which no responsive pleading is required, and, to the extent deemed to be factual, they are also denied.

17. Denied. The allegations contained in the corresponding paragraph of Katzenell's New Matter Crossclaims are automatically deemed denied as conclusions of law to which no responsive pleading is required, and, to the extent deemed to be factual, they are also denied.

WHEREFORE, Villanova demands judgment in its favor and against all other parties and persons. In the alternative, Villanova demands judgment of indemnification and contribution against all co-Defendants, and such other costs, attorney's fees, and interests as the Court deems just and proper.

Respectfully submitted,

*/s/ James A. Keller*
James A. Keller (PA 78955)
Jesse L. Krohn (PA 313059)
**SAUL EWING LLP**
1500 Market Street, 38th Floor
Philadelphia, PA 19102
(215) 972-1964//7869
James.Keller@saul.com
Jesse.Krohn@saul.com

*Counsel for Defendant Villanova University*

Dated: October 6, 2025

56355458.1

## CERTIFICATE OF SERVICE

    I, James A. Keller, hereby certify that I electronically filed the foregoing Answer with the Clerk of the Court for the United States District Court for the Eastern District of Pennsylvania by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

    Respectfully submitted,

*/s/ James A. Keller*
James A. Keller (PA 78955)
Jesse L. Krohn (PA 313059)
**SAUL EWING LLP**
1500 Market Street, 38th Floor
Philadelphia, PA 19102
(215) 972-1964//7869
James.Keller@saul.com
Jesse.Krohn@saul.com

*Counsel for Defendant Villanova University*

Dated: October 6, 2025

56355458.1