IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| C.A().<br>    *Plaintiff* | :<br>:<br>: |
| v. | : CIVIL NO. 24-4434 |
| VILLANOVA UNIVERSITY et al.<br>    *Defendants* | :<br>:<br>: |

### ORDER

**AND NOW**, this **19th day of November 2025**, upon consideration of Plaintiff's Motion for Reconsideration (ECF No. 88); College Hall Associates, L.P., College Hall G.P., and Marks & Co., Inc.'s Response (ECF No. 91), and Plaintiff's Reply (ECF No. 92), it is hereby **ORDERED** that Plaintiff's Motion is **DENIED** as untimely.  Local Rule of Civil Procedure 7.1(g).

BY THE COURT:

_____
THE HONORABLE KAI N. SCOTT
U.S. DISTRICT COURT JUDGE