UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **C.A.**<br><br>Plaintiff,<br><br>v.<br><br>**VILLANOVA UNIVERSITY, et al.**<br><br>Defendants. | No.: **2:24-cv-04434-KNS** |

# ORDER

**AND NOW**, this _____ day of January, 2026, upon consideration of the Plaintiffs' Motion for Extension of Time to File Responsive Pleading, it is hereby ORDERED that the Motion is GRANTED.

It is ORDERED that Plaintiffs shall file a responsive pleading to Defendant Villanova University's Motion for Judgment on the Pleadings on or before February 2, 2026.

_____
J.

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **C.A.** <br><br> Plaintiff, <br><br> v. <br><br> **VILLANOVA UNIVERSITY, et al.** <br><br> Defendants. | No.: 2:24-cv-04434-KNS |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME
TO FILE RESPONSIVE PLEADING**

AND NOW, comes the Plaintiff, C.A., by and through undersigned counsel, and file the herein Motion for Extension of Time to File Responsive Pleading, as follows.

1. This action was initiated with a Complaint filed on August 22, 2024, in the Philadelphia Court of Common Pleas.

2. Defendant Villanova University removed this action on August 23, 2024 (ECF Doc. 1).

3. A Second Amended Complaint was filed on November 12, 2024 (ECF Doc. 21).

4. On or about November 26, 2024, Defendant Villanova University filed a Motion to Dismiss Plaintiff's Second Amended Complaint (ECF Doc. 25).

5. On or about January 3, 2025, Plaintiff filed her Response in Opposition (ECF Doc. 40).

6. On or about September 8, 2025, Defendant Villanova University's Motion to Dismiss was denied (ECF Doc. 71).

7. On October 6, 2025, Defendant Villanova University filed is Answer to the Complaint (ECF Doc. 77).

8. On January 5, 2026, Defendant Villanova University filed a Motion for Judgment on the Pleadings (ECF Doc. 94).

9. Plaintiff's response would be due January 19, 2026.

10. Counsel for Villanova University, James A. Keller, Esquire, has agreed to give Plaintiff an extension to respond to the Motion for Judgment on the Pleadings on or before February 2, 2026.

11. Plaintiffs respectfully request an extension of time until February 2, 2026.

12. No party will be prejudiced by the proposed extension of time, as some parties recently ended.

**WHEREFORE**, Plaintiff, by and through undersigned counsel, respectfully request this Honorable Court grant the relief requested herein, and set the deadline for a responsive pleading as on or before December 30, 2024.

**EDELSTEIN LAW, LLP**

BY: /s/ Jay L. Edelstein
JAY L. EDELSTEIN, ESQUIRE
*Attorney for Plaintiffs*

## **CERTIFICATION OF SERVICE**

I hereby certify that a copy of the within Civil Action – First Amended Complaint has been served on January 14, 2026, by this Court's Electronic Filing System upon the following:

James A. Keller, Esquire
Jesse Krohn
Saul Ewing Arnstein & Lehr, LLP
1500 Market Street, 38th Floor West
Philadelphia, PA 19102
*E-Mail:* *jesse.krohn@saul.com*
*E-Mail:* *james.keller@saul.com*
*Attorneys for Villanova University*

D. Scott Bonebrake, Esquire
Noel & Bonebrake
23 E. Second Street
Media, PA 19063
*E-Mail:* *sbonebrake@noelandbonebrake.com*
*Attorney for Elijah Joseph Katzenell*

and by electronic mail upon:

Brian J. McMonagle, Esquire
McMonagle Perri McHugh Mischak and Davis
1845 Walnut Street, 19th Floor
Philadelphia, PA 19103
*E-Mail:* *bmcmonagle@mpmpc.com*
*Attorney for Andrew Polun*
Douglas C. Maute, Esquire
Maute Law LLC
141 Pleasant Valley Avenue
Moorestown, NJ 08057
*E-Mail:* dcm@mautelaw.com
*Attorney for Juan Eguirguren*

Lisa Ingram, Esquire
Kristin Shicora, Esquire
Campbell Conroy & Oneil
1205 Westlakes Drive, Suite 330
Berwyn, PA 19312
*E-Mail:* lingram@campbell-trial-lawyers.com
*E-Mail:* keshicora@campbell-trial-laweyrs.com
*Attorneys for College Hall Assso. & College Hall GP*

**EDELSTEIN LAW, LLP**

BY:   <u>/s/ Jay L. Edelstein</u>
       JAY L. EDELSTEIN, ESQUIRE
       *Attorney for Plaintiffs*