## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| C.A., | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | **CIVIL NO. 24-4434** |
| | : | |
| **VILLANOVA UNIVERSITY et al.,** | : | |
| *Defendants.* | : | |
| | : | |

### ORDER

**AND NOW,** this **20ᵗʰ** day of **April 2026,** upon consideration of Defendant's Motion for Judgment on the Pleadings (ECF No. 94), Plaintiff's Response to Defendant's Motion (ECF No. 97), and Defendant's Reply to Plaintiff's Response (ECF No. 98), it is hereby **ORDERED** that Defendant's Motion is **DENIED.**[1]

BY THE COURT:

HON. KAI N. SCOTT
United States District Court Judge

---

[1] "A motion for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c) is assessed under the same standard as a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6)." *Regalbuto v. City of Philadelphia*, 937 F. Supp. 374, 377-78 (E.D. Pa. 1995). The Court therefore "must view the facts and inferences to be drawn from the pleadings in the light most favorable to the non-moving party." *Id.* at 377. A motion for judgment on the pleadings may only be granted "if the movant clearly establishes that no material issues of fact remain unresolved, and that the movant is entitled to a judgment as a matter of law." *Marshall v. Portfolio Recovery Assocs.*, 646 F. Supp. 2d 770, 772 (E.D. Pa. 2009) (citing *Society Hill Civic Ass'n v. Harris,* 632 F.2d 1045, 1054 (3d Cir. 1980)).

It is evident from the pleadings and briefing that multiple genuine disputes of material facts remain unresolved in this case. The Court therefore denies the Defendant's Motion.