**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **C.A.** | : |
| | : |
| | : |
| | : |
| *Plaintiff(s)* | : |
| | : |
| **v.** | : **CIVIL NO. 24-4434** |
| | : |
| **VILLANOVA UNIVERSITY et al** | : |
| | : |
| | : |
| | : |
| | : |
| *Defendant(s)* | : |

**NOTICE OF HEARING**

An **INITIAL PRETRIAL CONFERENCE** pursuant to Fed. R. Civ. P. 16 is scheduled to be held before the **Honorable Kai N. Scott** on **JULY 6, 2026,** at **1:00 p.m.** in **CHAMBERS 13613** United States Courthouse 601 Market Street Philadelphia, Pennsylvania 19106.

**IT IS ORDERED** as follows:

1.    The parties shall make the required initial disclosures under Fed. R. Civ. P. 26(a) at least one day prior to the Initial Pretrial Conference.

2.    Counsel shall complete and electronically file the required Report of Rule 26(f) Meeting incorporating all the information described in the attached form Report seven (7) days before Rule 16 Meeting. The Report is also available as an editable word document on Judge Scott's Judge Info page.

3.    Counsel shall follow Judge Scott's Policies and Procedures, which can be found on Judge Scott's Judge Info page.

4.    **Lead trial counsel is required to appear at the Initial Pretrial Conference**. If trial counsel is on trial in another matter, another attorney in the same office who is thoroughly familiar with this case is required to appear at the conference.

5.    If counsel is not fully authorized to settle the case at an Initial Pretrial Conference, then the client or a proxy with such authority must either attend the conference or be available on call at the time of the scheduled conference.

*s/Tayai Lester*
**TAYAI LESTER**
Judicial Assistant, to the
Honorable Kai N. Scott
United States District Court Judge

**Date of Notice: June 2, 2026**
**Copies sent via ECF notification**