## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| C.A., | Case No. 2:24-cv-04434-KNS |
| Plaintiff, | |
| v. | |
| Villanova University, et al., | Electrically Filed |
| Defendants. | |

## ORDER

**AND NOW**, this ___8th___ day of June, 2026, upon consideration of Defendant Villanova University's Unopposed Motion for Continuance of Initial Pretrial Conference Set For July 6, 2026, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The Initial Pretrial Conference shall be reset by separate order.

BY THE COURT

_____
Hon. Kai N. Scott
United States District Judge