

June 30, 2026

*Via CM/ECF*
The Honorable Kai N. Scott
United States District Court for the Eastern District of Pennsylvania
James A. Byrne United States Courthouse
601 Market Street, Room 5614
Philadelphia, PA 19106

   **Re:** ***C.A. v. Villanova University, et al.*; No. 2:24-cv-04434-KNS**
      **Request to Appear by Telephone at Rule 16 Conference Scheduled for**
      **July 23, 2026**

Dear Judge Scott:

   I represent Defendant Juan Eguiguren in the above-captioned matter.

   Plaintiff requested a Rule 16 Conference regarding anticipated discovery involving Defendant Villanova. (ECF No. 101.) The conference was previously continued and is now scheduled for July 23, 2026. (ECF Nos. 103–105.)

   I am a solo practitioner and will be out of town on the rescheduled conference date. Rather than request a further continuance, I respectfully request leave to appear telephonically at the July 23, 2026 Rule 16 Conference.  Counsel for all parties have consented to this request.

   Thank you for your consideration.

        Respectfully submitted,

        DOUGLAS C. MAUTE

**141 Pleasant Valley Avenue, Moorestown, NJ 08057 | 609-560-1388 | dcm@mautelaw.com**