**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| C.A.,<br><br>Plaintiff,<br><br>v.<br><br>Villanova University, et al.,<br><br>Defendants. | Case No. 2:24-cv-04434-KNS<br><br><br><br>Electronically Filed |

**UNOPPOSED MOTION FOR CONTINUANCE OF STATUS CONFERENCE SET FOR SEPTEMBER 10, 2026**

Defendant Villanova University ("Defendant"), by and through its undersigned counsel, respectfully moves this Court for a continuance of the status conference currently scheduled for September 10, 2026, and in support states as follows:

1. On July 23, 2026, this Court ordered that the parties "undergo and complete by September 8, 2026 jurisdictional discovery for the purpose of determining whether the Court has subject-matter jurisdiction over this action with respect to Defendant Juan Eguiguren's citizenship and domiciliary," with a status conference to be held on September 10, 2026, and the parties to submit a joint status report five (5) days prior. (ECF 108, 109).

2. Consistent with that Order, Defendant Villanova University served discovery requests on Defendant Eguiguren, but after conferring, more time may be needed for Defendant Eguiguren to provide responses and responsive documents.

3. Undersigned counsel therefore respectfully requests a continuance of the status conference for at least 14 days to permit responses to be submitted and the parties to confer and complete the status report prior to reconvening with the Court.

4. Undersigned counsel conferred with counsel for all parties regarding the requested continuance, and all parties consent to the relief requested herein.

5. This request is made in good faith and not for purposes of delay or prejudice to any party.

6. For future scheduling purposes, and looking at the week of September 28 through October 2, counsel have conferred and can advise that they are all available for a rescheduled status conference at any time on September 29, September 30, and/or October 1.

WHEREFORE, Defendant Villanova University respectfully requests that the Court continue the status conference currently scheduled for September 10, 2026, and reset the conference for a later date convenient for the Court, together with any further relief the Court deems appropriate.

Dated: September 3, 2026

Respectfully submitted,

*/s/ James A. Keller*

James A. Keller, Esquire (PA 78955)
Jesse L. Krohn, Esquire (PA 313059)
Saul Ewing LLP
1735 Market Street, 34th Floor
Philadelphia, PA 19103
215-972-1964 // 7869
james.keller@saul.com
jesse.krohn@saul.com

*Counsel for Defendant Villanova University*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Pennsylvania by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *James A. Keller*
James A. Keller, Esquire

Dated: September 3, 2026

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| C.A.,<br><br>Plaintiff,<br><br>v.<br><br>Villanova University, et al.,<br><br>Defendants. | Case No. 2:24-cv-04434-KNS<br><br><br><br><br><br>Electrically Filed |

**ORDER**

**AND NOW**, this _______day of September, 2026, upon consideration of Defendant Villanova University's Unopposed Motion for Continuance of Status Conference Set For September 10, 2026, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The status conference shall be reset by separate order.

BY THE COURT

__________________________________
Hon. Kai N. Scott
United States District Judge