**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **C.A.,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**VILLANOVA UNIVERSITY, et. al.,**<br><br>***Defendants.*** | **Case No: 2:24-cv-04434-KNS**<br><br>Electronically Filed |

**<u>DEFENDANT JUAN EGUIGUREN'S MOTION TO REMAND</u>**

Defendant Juan Eguiguren moves pursuant to 28 U.S.C. § 1447(c) to remand this action to the Court of Common Pleas of Philadelphia County, from which it was removed, and states as follows:

1. Plaintiff commenced this action in the Court of Common Pleas of Philadelphia County on August 22, 2024.

2. Defendant Villanova University removed this action to this Court on August 23, 2024, invoking diversity jurisdiction pursuant to 28 U.S.C. § 1332.

3. At the July 23, 2026 conference, Defendant Eguiguren challenged this Court's subject matter judication on the ground that, as a United States citizen domiciled abroad, he is a "stateless citizen" whose citizenship cannot support diversity jurisdiction.

4. At the October 7, 2026 conference, the Court directed Defendant Eguiguren to file his motion to remand and permitted briefing to follow.

5. Accordingly, Defendant Eguiguren files this Motion to Remand and will file a brief in accordance with the Order of October 8, 2026.

**WHEREFORE**, Defendant Eguiguren respectfully requests that this Court remand this action to the Court of Common Pleas of Philadelphia County and grant such further relief as the Court deems appropriate.

Respectfully submitted,

*/s/ Douglas C. Maute*

Douglas C. Maute (PA 306615)
**MAUTE LAW LLC**
141 Pleasant Valley Ave.
Moorestown, NJ 08057
(609) 560-1388
dcm@mautelaw.com

*Attorney for Defendant Juan Eguiguren*

Dated: October 14, 2026