**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **C.A.,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**VILLANOVA UNIVERSITY, et. al.,**<br><br>***Defendants.*** | **Case No: 2:24-cv-04434-KNS** |

# ORDER

**AND NOW**, this ___________ day of ___________________________, 202__, upon consideration of Defendant Juan Eguiguren's Motion to Remand, and any response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **REMANDED** to the Court of Common Pleas of Philadelphia County, Pennsylvania for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c).

**IT IS FURTHER ORDERED** that the Clerk of Court shall close this federal matter and transmit a certified copy of this Order and the record to the Court of Common Pleas of Philadelphia County forthwith.

**BY THE COURT:**

______________________________
**Hon. KAI N. SCOTT**
**United States District Court Judge**