**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **C.A.,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**VILLANOVA UNIVERSITY, et. al.,**<br><br>***Defendants.*** | **Case No: 2:24-cv-04434-KNS** |

**CERTIFICATE OF SERVICE**

I, Douglas C. Maute, hereby certify that I electronically filed the foregoing Motion to Remand with the Clerk of the Court for the United States District Court for the Eastern District of Pennsylvania by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

By: */s/ Douglas C. Maute*

Douglas C. Maute (PA 306615)
**MAUTE LAW LLC**
141 Pleasant Valley Ave.
Moorestown, NJ 08057
(609) 560-1388
dcm@mautelaw.com

*Attorney for Defendant
Juan Eguiguren*

Dated: October 14, 2026