**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| C.A.,<br><br>Plaintiff,<br><br>v.<br><br>Villanova University, et al.,<br><br>Defendants. | Case No. 2:24-cv-04434-KNS<br><br>**UNDER SEAL** |

**DEFENDANT VILLANOVA UNIVERSITY'S MOTION FOR LEAVE TO FILE JURISDICTIONAL EXHIBITS UNDER SEAL**

Defendant Villanova University (the "University'), by and through undersigned counsel, respectfully moves for leave to file under seal the exhibits accompanying its October 30, 2026 letter brief concerning Defendant Juan Eguiguren's domicile (the "Jurisdictional Exhibits"). In support of its Motion, the University states as follows:

1. The Jurisdictional Exhibits consist of documents and discovery responses produced by Mr. Eguiguren concerning his citizenship, residence, travel, employment, and other personal circumstances relevant to the Court's jurisdictional inquiry.

2. The University is submitting the entirety of the jurisdictional discovery materials received from Mr. Eguiguren for the Court's review. These materials contain sensitive personal information concerning Mr. Eguiguren. Public disclosure of this information would unnecessarily expose private personal details and identifying information to the public.

3. The relevant facts drawn from those materials are identified and cited in the University's letter brief, which will remain publicly accessible. The University seeks to seal only the underlying discovery materials containing Mr. Eguiguren's sensitive personal information, not the letter brief or the factual arguments presented therein.

4. Good cause therefore exists to protect this information from public disclosure. *In re Avandia Mktg., Sales Pracs. & Prods. Liab. Litig.*, 924 F.3d 662, 671 (3d Cir. 2019) (identifying "whether disclosure will violate any privacy interests" as a factor in determining whether good cause exists for a protective order). The University recognizes the presumption of public access to judicial records and seeks protection only to the extent necessary to safeguard the sensitive personal information contained in the Jurisdictional Exhibits.

5. Accordingly, the University requests leave to file the Jurisdictional Exhibits under seal. This limited relief will protect Mr. Eguiguren's privacy interests while preserving public access to the Court's proceedings and the evidence relevant to its jurisdictional determination.

WHEREFORE, Defendant Villanova University respectfully requests that the Court grant this Motion and enter the accompanying proposed order.

Respectfully submitted:

SAUL EWING LLP

*/s/ James A. Keller*
James A. Keller, Esquire (PA 78955)
Jesse L. Krohn, Esquire (PA 313059)
Saul Ewing LLP
1735 Market Street, 34th Floor
Philadelphia, PA 19103
215-972-1964 // 7869
james.keller@saul.com
jesse.krohn@saul.com

*Counsel for Defendant*
*Villanova University*

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| C.A.,<br><br>Plaintiff,<br><br>v.<br><br>Villanova University, et al.,<br><br>Defendants. | Case No. 2:24-cv-04434-KNS<br><br>**UNDER SEAL** |

**SEALED ORDER**

AND NOW, this _____day of ______________, 2026, upon consideration of Defendant Villanova University's Motion for Leave to File Jurisdictional Exhibits Under Seal, and for good cause shown, it is hereby ORDERED that the Motion is **GRANTED**. Accordingly, it is further ORDERED that:

1. Defendant Villanova University is GRANTED leave to file under seal the unredacted Jurisdictional Exhibits.
2. Within fourteen (14) days of entry of this Order, Defendant Villanova University shall file the Jurisdictional Exhibits under seal on the public docket.
3. The Jurisdictional Exhibits shall remain under seal unless otherwise ordered by the Court.
4. The Court reserves its inherent power to modify the terms of this Order and permit the disclosure of information in the interest of justice.

BY THE COURT:

____________________________________
HON. KAI N. SCOTT
U.S. DISTRICT JUDGE