# EXHIBIT A

**MAUTE LAW LLC**
By: Douglas C. Maute, Esquire
Attorney ID No. 306615
dcm@mautelaw.com
141 Pleasant Valley Avenue
Moorestown, New Jersey 08057
609-560-1388

**Attorney for Defendant:**
**Juan Eguiguren**

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| C.A.,<br>Plaintiff,<br>v.<br>VILLANOVA UNIVERSITY;<br>COLLEGE HALL ASSOCIATES,<br>d/b/a COLLEGE HALL APARTMENTS,<br>a/k/a "THE COURTS";<br><br>COLLEGE HALL GP, LLC,<br>d/b/a COLLEGE HALL APARTMENTS,<br>a/k/a "THE COURTS";<br><br>MARKS & CO., INC.,<br>d/b/a MARKS & COMPANY;<br><br>ELIJAH JOSEPH KATZENELL;<br>JUAN EGUIGUREN; and<br>ANDREW POLUN<br>Defendants. | **CASE NO: 2:24-cv-04434-KNS**<br><br>**JURY DEMANDED** |

**UNSWORN DECLARATION OF DEFENDANT, JUAN EGUIGUREN IN SUPPORT OF REMAND FOR LACK OF SUBJECT-MATTER JURISDICTION**

I, JUAN EGUIGUREN, declare as follows:

1. I am a Defendant in this action and make this Declaration based upon my personal knowledge and, where indicated, upon the referenced documents.

2. I am familiar with and recognize each of the following documents as a true and correct copy of the corresponding document pertaining to me, as produced in this action, except that certain sensitive and/or personally identifying information has been redacted:

a. United States Passport, Bates No. EGUIGUREN0009;

b. Ecuadorian Passport, Bates No. EGUIGUREN0010;

c. Ecuadorian National Identity Card (Cédula de Identidad), Bates No. EGUIGUREN0011;

d. Certificate of Registration of Secondary Education Diploma (Certificado de Registro del Título de Bachiller), Bates No. EGUIGUREN0012;

e. September 2026 Certificate of Immigration Entry and Exit Records (Certificado de Movimiento Migratorio), Bates Nos. EGUIGUREN0015–EGUIGUREN0016;

f. July 2026 Certificate of Immigration Entry and Exit Records (Certificado de Movimiento Migratorio), Bates Nos. EGUIGUREN0017–EGUIGUREN0018;

g. July 2026 Electric Bill, Bates Nos. EGUIGUREN0019–EGUIGUREN0020;

h. April 2026 Banco Pichincha Bank Statement, Bates Nos. EGUIGUREN0021–EGUIGUREN0022;

i. April 15, 2025 Email Chain with Michelle Proctor of SAS Institute, Inc., Bates Nos. EGUIGUREN0023–EGUIGUREN0024;

j. October 4, 2024 Email Regarding Job Offer from Kayla Woitkowski of SAS Institute, Inc., Bates No. EGUIGUREN0025;

k. September 27, 2024 Email Regarding Job Offer from Kayla Woitkowski of SAS Institute, Inc., Bates Nos. EGUIGUREN0033–EGUIGUREN0034;

l. December 11, 2023 Email Recognizing My Acceptance of an Internship at SAS Institute, Inc., Bates No. EGUIGUREN0027;

m. December 8, 2023 Email Regarding an Internship Offer from SAS Institute, Inc., Bates No. EGUIGUREN0028;

n. Certification of Political and Participation Rights, Bates No. EGUIGUREN0029;

o. Certificate of Presentation for Voting on November 16, 2025 (Certificado de Presentación), Bates No. EGUIGUREN0030; and

p. Voter Registration Certificate (Certificado de Empadronamiento), Bates Nos. EGUIGUREN0031–EGUIGUREN0032.

3. I am a dual citizen of Ecuador and the United States.

4. I was born on November 22, 2002, in Orlando, Florida.

5. In 2003, I traveled to live with my family in our family home in Quito, Ecuador.

6. I was raised in Quito, Ecuador.

7. I have always considered Quito, Ecuador, to be my home.

8. For as long as I can remember, it has always been my intent to return home to Quito, Ecuador, after each time I travel abroad.

9. Since at least 2017, Ecuador's Undersecretariat of Migration has recorded my international travel to and from Ecuador. *See* EGUIGUREN0015–EGUIGUREN0018.

10. In 2020, I opened a bank account at Banco Pichincha in Quito, Ecuador, which I continue to use. *See* EGUIGUREN0021–EGUIGUREN0022.

11. I registered to vote in Ecuadorian elections when I turned eighteen (18) years old.

12. Since 2021, Ecuador's Provincial General Secretariat has maintained records reflecting my voting history, included that I have voted in five (5) elections. *See* EGUIGUREN0031.

13. On February 7, 2021, I voted in my first Ecuadorian election in Quito, Ecuador. *See* EGUIGUREN0031.

14. On April 11, 2021, I voted in my second Ecuadorian election in Quito, Ecuador. *See* EGUIGUREN0031.

15. On June 26, 2021, I completed high school in Quito, Ecuador. *See* EGUIGUREN0012.

16. My high school diploma is registered with Ecuador's Ministry of Education. *See* EGUIGUREN0012.

17. On June 1, 2021, I was issued an Ecuadorian National Identity Card, which remains valid. *See* EGUIGUREN0011.

18. On June 1, 2021, I was issued an Ecuadorian Passport, which remains valid. *See* EGUIGUREN0010.

19. On June 24, 2021, I was issued a United States Passport, which remains valid. *See* EGUIGUREN0009.

20. On August 14, 2021, I traveled from Ecuador to Pennsylvania to pursue my undergraduate education at Villanova University. *See* EGUIGUREN0018.

21. Before going to college, I had not left Ecuador in almost four (4) years, from October 22, 2017, to August 14, 2021, except for a five (5) day trip to Uruguay. *See* EGUIGUREN0015–EGUIGUREN0018.

22. In August 2021, I opened a bank account at Chase Bank because Banco Pichincha did not have branch locations near Villanova University.

23. During my freshman year, I resided in Stanford Hall, an on-campus dormitory that served as temporary student housing.

24. During my freshman year, I returned to Ecuador during Fall Break (October 10–16, 2021), Winter Break (December 21, 2021–January 11, 2022), Spring Break (February 26, 2022–March 7, 2022), and for the summer beginning on May 6, 2022. *See* EGUIGUREN0018.

25. On August 8, 2022, I traveled from Ecuador to Pennsylvania to begin my sophomore year at Villanova University. *See* EGUIGUREN0018.

26. During my sophomore year, I resided in Sheehan Hall, an on-campus dormitory that served as temporary student housing.

27. During my sophomore year, I returned to Ecuador during Winter Break (December 19, 2022–January 8, 2023). *See* EGUIGUREN0018.

28. From January 8, 2023 until May 24, 2023, I was in Europe as part of a study abroad program to Urbano, Italy and travelling.

29. In the summer of 2023, I returned to Ecuador on June 5, 2023, and participated in an internship for Exact Sciences remotely from my home in Ecuador. *See* EGUIGUREN0018.

30. On August 20, 2023, I voted in my third Ecuadorian election at a polling place in Quito, Ecuador. *See* EGUIGUREN0031.

31. On August 21, 2023, I traveled from Ecuador to Pennsylvania to begin my junior year. *See* EGUIGUREN0018.

32. During my junior year, I resided in Friar Hall, an on-campus dormitory that served as temporary student housing.

33. On October 15, 2023, I voted in my fourth Ecuadorian election in Quito, Ecuador. *See* EGUIGUREN0031.

34. During my junior year, I traveled to Florida during Winter Break.

35. During my junior year, I returned to Ecuador during Spring Break (March 2–10, 2024). *See* EGUIGUREN0018.

36. On May 1, 2024, at my request, Ecuador changed my polling place to Hightstown, New Jersey, for the Ecuadorian General Election on February 9, 2025. *See* EGUIGUREN0031.

37. From May 13, 2024 to May 17, 2024, before returning to Ecuador, I traveled to Cary, North Carolina, to visit SAS Institute, Inc. in connection with my summer internship.

38. I returned to Ecuador for the summer beginning May 21, 2024. *See* EGUIGUREN0018.

39. In the summer of 2024, from approximately late May 2024 to early August 2024, I participated in an internship for SAS Institute, Inc. remotely from my home in Ecuador, except from June 18 to June 28, when I participated remotely from Maryland, and from July 30 to August 3, when I participated in person in Cary, North Carolina, for a final project presentation. *See* EGUIGUREN0018.

40. During these two (2) short visits to North Carolina, I considered my presence in North Carolina to be temporary and solely for the purpose of participating in my summer internship.

41. On August 22, 2024, I traveled from Ecuador to Pennsylvania to begin my senior year. *See* EGUIGUREN0016.

42. During my senior year, I resided in Canon Hall, an on-campus dormitory that served as temporary student housing.

43. On September 27, 2024, SAS Institute, Inc. offered me a full-time position for after graduation. *See* EGUIGUREN0033–EGUIGUREN0034.

44. After negotiating with SAS Institute, Inc., I accepted a full-time position starting in August 2025 and working in person in Cary, North Carolina.

45. During my senior year, I returned to Ecuador during Winter Break (December 19, 2024–January 14, 2025) and Spring Break (February 28–March 9, 2025). *See* EGUIGUREN0015.

46. On March 27, 2025, I traveled to Cary, North Carolina, for a long weekend to search for apartments in anticipation of working for SAS Institute, Inc. in August 2025.

47. I never signed a lease related to housing in North Carolina.

48. During this short visit, I considered my presence in North Carolina to be temporary and solely for the purpose of evaluating housing options so that I could start work for SAS Institute, Inc. in August 2025.

49. On April 13, 2025, I voted in my fifth Ecuadorian election at a polling place in Hightown, New Jersey. *See* EGUIGUREN0031.

50. Also on April 13, 2025, I learned that Villanova University had terminated my key-card access to my dormitory and that David Tedjeske of Villanova University expressly denied me access to campus and threatened me with immediate arrest for criminal trespass.

51. On April 15, 2025, SAS Institute, Inc. rescinded its job offer. *See* EGUIGUREN0023–EGUIGUREN0024.

52. On April 18, 2025, Villanova University's movers packed and emptied my dorm room in Canon Hall.

53. On April 24, 2025, having completed my undergraduate degree at Villanova University, I flew back home to Quito, Ecuador. *See* EGUIGUREN0015.

54. Throughout my undergraduate enrollment at Villanova University, I considered my presence in Pennsylvania to be temporary and solely for the purpose of pursuing my undergraduate education.

55. I maintain ongoing residential and financial ties to Ecuador.

56. Since April 24, 2025, I have continued to reside with my family at our family home in Quito, Ecuador, where household utility services remain active, and I continue to use and maintain my Banco Pichincha bank account. *See* EGUIGUREN0015; EGUIGUREN0019–EGUIGUREN0020; EGUIGUREN0021–EGUIGUREN0022.

57. I maintain continuous legal and civic ties to Ecuador.

58. On November 16, 2025, I appeared at a polling place in Quito, Ecuador, in connection with Ecuador's referendum and popular consultation. I had not timely changed my polling location back to Quito for this election. *See* EGUIGUREN0030–EGUIGUREN0031.

59. I was issued a Certificado de Presentación, which documents that I appeared at a polling place in Quito, Ecuador, on November 16, 2025. *See* EGUIGUREN0030.

60. I have voted in five (5) Ecuadorian elections.

61. I have never voted in a Pennsylvania election.

62. The next Ecuadorian national voting day is scheduled for November 29, 2026 and I have timely requested that my polling place be changed back to Quito, Ecuador, effective for that election.

63. As an Ecuadorian citizen, I retain political and participation rights as certified by Ecuador's National Electoral Council on July 20, 2026. *See* EGUIGUREN0029.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 25, 2026, in Quito, Ecuador.

[signature]

JUAN EGUIGUREN



Doc ID: 5f796eedf0d741686034cefe507340924baf6c74