# EXHIBIT B

**MAUTE LAW LLC**
By: Douglas C. Maute, Esquire
Attorney ID No. 306615
dcm@mautelaw.com
141 Pleasant Valley Avenue
Moorestown, New Jersey 08057
609-560-1388

**Attorney for Defendant:**
**Juan Eguiguren**

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| C.A.,<br>Plaintiff,<br>v.<br>VILLANOVA UNIVERSITY;<br>COLLEGE HALL ASSOCIATES,<br>d/b/a COLLEGE HALL APARTMENTS,<br>a/k/a "THE COURTS";<br><br>COLLEGE HALL GP, LLC,<br>d/b/a COLLEGE HALL APARTMENTS,<br>a/k/a "THE COURTS";<br><br>MARKS & CO., INC.,<br>d/b/a MARKS & COMPANY;<br><br>ELIJAH JOSEPH KATZENELL;<br>JUAN EGUIGUREN; and<br>ANDREW POLUN<br>Defendants. | **CASE NO: 2:24-cv-04434-KNS**<br><br>**JURY DEMANDED** |

**AMENDED UNSWORN DECLARATION OF DEFENDANT, JUAN EGUIGUREN IN SUPPORT OF REMAND FOR LACK OF SUBJECT-MATTER JURISDICTION**

I, JUAN EGUIGUREN, declare as follows:

1. I am a Defendant in this action and make this Declaration based upon my personal knowledge and, where indicated, upon the referenced documents.

2. On September 25, 2026, I executed an Unsworn Declaration which stated, "On August 22, 2024, I traveled from Ecuador to Pennsylvania to begin my senior year. *See* EGUIGUREN0016." *See* Para No. 41.

3. Paragraph No. 41 is hereby amended to and replaced in its entirety to clarify and state:

> On August 22, 2024, I departed Quito, Ecuador, on a LATAM Airlines flight to Bogotá, Colombia, connecting to a flight to New York, where I arrived at approximately 6:30 a.m. on August 23, 2024. See EGUIGUREN00037–00038. I arrived in Pennsylvania to begin my senior year at Villanova University on August 23, 2024. See EGUIGUREN00036. My earlier statement that I traveled from Ecuador to Pennsylvania on August 22, 2024, was based on the travel information then available to me, namely the date I departed Ecuador. *See* EGUIGUREN0016. The LATAM Airlines itinerary clarifies that I departed Ecuador on August 22, 2024, but did not arrive in the United States until August 23, 2024.

4. I am familiar with and recognize each of the following documents as a true and correct copy of the corresponding document pertaining to me, as produced in this action, except that certain sensitive and/or personally identifying information has been redacted:

a. August 15, 2024 Email Regarding Move-In Date, Bates No. EGUIGUREN0036;

b. LATAM Airline Itinerary,, Bates Nos. EGUIGUREN0037–EGUIGUREN0038;

c. October 8, 2024 Email From Cousin and translation, Bates Nos. EGUIGUREN0039-EGUIGUREN0040;

d. October 28, 2024 Text Messages with Parents and translation, Bates No. EGUIGUREN0041;

e. March 24, 2025 Text Messages with Mother and translation, Bates No. EGUIGUREN0042;

f. October 28, 2024 Text Messages with Mother and translation, Bates No. EGUIGUREN0043;

g. October 31, 2024 Email SAS Offer Accepted, Bates No. EGUIGUREN0044;

h. January 2025 and March 2025 Text Messages with R.B., Bates Nos. EGUIGUREN0045-EGUIGUREN0051; and

i. January 9, 2026 LinkedIn Email, Bates No. EGUIGUREN0052.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 23, 2026, in Quito, Ecuador.

JUAN EGUIGUREN



Doc ID: dba2a0eb4b4cc1a4c988d37384bd43413f2abd6c