# EXHIBIT E

**Juan Ramon** REDACTED

---

# Unimi Application: Admitted

1 message

---

**Unimi Admission Team** REDACTED > Wed, May 27, 2026 at 9:00 AM
Reply-To: Unimi Admission Team REDACTED >
To: Juan Eguiguren REDACTED

UNIVERSITÀ DEGLI STUDI DI MILANO
LA STATALE

Dear Juan Eguiguren,

We are pleased to inform you that you have been admitted to the Environmental and Food Economics degree programme at University of Milan.

Please note that enrolment procedures open and close strictly in accordance with the deadlines specified in the relevant Admission Notice. You may proceed with enrolment by using the Enrolment button on the official Unimi webpage of your degree program.

During the online procedure, you will be required:

1. to upload a valid passport or other form of identification, along with a photograph in accordance with the provided instructions
2. to pay the first instalment fee, amounting to €146 (non-refundable).

Your enrolment will be conditional until all required documentation has been submitted and duly verified; however, once you have completed the online enrolment procedure, you will receive your University login credentials (username and password) by email, allowing you to access the University's online services during this period.

To complete your enrolment please upload all the necessary documentation through the apply.unimi.it/ platform.

The list of required documents is available on the homepage of the Apply unimi platform. If any of these documents have already been submitted during the application process, no further action is required.

All documentation must be submitted **by 30 November 2026**. After this date, enrolment will be cancelled unless the delay is due to duly documented circumstances beyond your control.

**If you require a visa**, please remember to complete the pre-enrolment procedure on the Universitaly Portal **for the 2026/27 academic year by 31 July 2026**, under penalty of exclusion.

We also recommend checking whether your local Italian Embassy or Consulate requires applications to be submitted within a specific timeframe due to high demand.

For any further clarification, please use the InformaStudenti service by submitting a request under the category “International”.

Kind regards,

The University of Milan

---

Please do not reply to this message, as it has been generated and sent automatically by the system. For further information, please refer to the official UNIMI webpages.

---

**The University of Milan**
**Apply online**

Unsubscribe

Gmail

**Juan Ramon** REDACTED >

## Unimi Application: Admitted

1 message

**Unimi Admission Team** REDACTED
Reply-To: Unimi Admission REDACTED
To: Juan Eguiguren REDACTED

Mon, Jul 20, 2026 at 8:35 AM

UNIVERSITÀ DEGLI STUDI DI MILANO
LA STATALE

Dear Juan Eguiguren,

We are pleased to inform you that you have been admitted to the Management of Innovation and Entrepreneurship degree programme at University of Milan.

Please note that enrolment procedures open and close strictly in accordance with the deadlines specified in the relevant Admission Notice. You may proceed with enrolment by using the Enrolment button on the official Unimi webpage of your degree program.

During the online procedure, you will be required:

1. to upload a valid passport or other form of identification, along with a photograph in accordance with the provided instructions
2. to pay the first instalment fee, amounting to €146 (non-refundable).

Your enrolment will be conditional until all required documentation has been submitted and duly verified; however, once you have completed the online enrolment procedure, you will receive your University login credentials (username and password) by email, allowing you to access the University's online services during this period.

To complete your enrolment please upload all the necessary documentation through the apply.unimi.it/ platform.

The list of required documents is available on the homepage of the Apply unimi platform. If any of these documents have already been submitted during the application process, no further action is required.

All documentation must be submitted **by 30 November 2026**. After this date, enrolment will be cancelled unless the delay is due to duly documented circumstances beyond your control.

**If you require a visa**, please remember to complete the pre-enrolment procedure on the Universitaly Portal **for the 2026/27 academic year by 31 July 2026**, under penalty of exclusion.

We also recommend checking whether your local Italian Embassy or Consulate requires applications to be submitted within a specific timeframe due to high demand.

For any further clarification, please use the InformaStudenti service by submitting a request under the category “International”.

Kind regards,

The University of Milan

---

Please do not reply to this message, as it has been generated and sent automatically by the system. For further information, please refer to the official UNIMI webpages.

---

**The University of Milan**
**Apply online**

Unsubscribe

**Delaware County**
CRYSTAL WINTERBOTTOM, CHIEF CLERK
VOTER REGISTRATION
201 W. FRONT ST
MEDIA, PA 19063

C053
Phone: 610-891-4659
Fax : 610-891-4814

Monday, December 30, 2024

REDACTED

JUAN RAMON EGUIGUREN
VILLANOVA UNIV BOX 8032
862 E LANCASTER AVE
VILLANOVA, PA 19085

Dear Voter,

Thank you for your recent application to register to vote. Unfortunately, we were unable to process your application due to incomplete or incorrect information. Please review your voter registration information for the missing item(s) listed below and return the information to this office as soon as possible.

**Please contact our office or return the form below with correct information within 15 days of the date of this notice. If you do not respond by this date, your voter registration application may be rejected and you will need to reapply. Please be aware that your application to register to vote must be completed at least 15 days prior to the next election in order for you to be eligible to vote in that election.**

PLEASE FILL IN ALL INFORMATION AND RE-SUBMIT. PLEASE PROVIDE A DORM.

Sincerely,

CRYSTAL WINTERBOTTOM
CHIEF CLERK

**INFORMATION FROM VOTER APPLICATION**

| FIRST NAME | MIDDLE NAME | LAST NAME | SUFFIX | DATE OF BIRTH |
|---|---|---|---|---|
| JUAN | RAMON | EGUIGUREN | | 11/22/2002 |

| ADDRESS OF RESIDENCE | |
|---|---|
| VILLANOVA UNIV BOX 8032 862 E LANCASTER AVE | |
| **CITY AND ZIP CODE** | **DRIVER'S LICENSE NO.*** |
| VILLANOVA 19085 | REDACTED |
| **MAIDEN NAME OR ALTERNATE NAME IF APPLICABLE** | **SSN (LAST 4 DIGITS)** |
| | |

***NOTE:** You must supply a Pennsylvania Driver's License Number or PennDOT photo identification card number if you have one. If you do not have a Driver's License or PennDOT photo identification card, you must supply the last four digits of your Social Security Number. If you do not have a Social Security Number, please write None in the boxes.

Signature: ______________________________ Date: ______________

Application Date 11/20/2024 Source DOTIA

SEE REVERSE SIDE FOR OPENING INSTRUCTIONS

IF NOT DELIVERABLE WITHIN 5 DAYS RETURN TO:

**COUNTY OF DELAWARE**
VOTER REGISTRATION COMMISSION
201 W. FRONT STREET
MEDIA, PENNSYLVANIA 19063

PHILADELPHIA PA 190
24 JAN 2025 PM 10

US POSTAGE PITNEY B
ZIP 19063 $ 000.6
02 4W
0000384021 JAN 24 2

RETURN SERVICE REQUESTED

JUAN R EGUIGUREN
VILLANOVA CANNON BOX 8032
862 E LANCASTER AVE
VILLANOVA, PA 19085

19085-160862

# COUNTY OF DELAWARE
## VOTER REGISTRATION COMMISSION

IF YOUR CARD IS NOT CORRECT PLEASE CALL: (610) 891-4659

Dear Voter:

Attached below is your Certification of Voter Registration. Please carefully detach, sign and keep for your reference. Please notify the Election Commission if any information on the certificate is incorrect; otherwise, the information shall be deemed correct for voter registration purposes.

**Delaware County , Pennsylvania**
**Certificate of Voter Registration**

EGUIGUREN , JUAN R
VILLANOVA CANNON BOX 8032
VILLANOVA, PA 19085
Municipality: RADNOR TOWNSHIP
Ward:
Precinct: RADNOR TOWNSHIP 2ND WARD 2ND PRECINCT

Voter ID: REDACTED
DOB: 11/22/2002
NO AFFILIATION
Enrollment Date: 1/15/2025

THIS CARD IS THE CERTIFICATE OF VOTER REGISTRATION OF YOUR NEW ELECTION DISTRICT, DIVISION OR PRECINCT. Voters who are voting for the first time in an election district must show a form of identification. THIS CARD CAN BE USED AS THAT FIRST TIME PROOF OF IDENTIFICATION. For a list of other acceptable forms of photo and non-photo identification for first time voters, please call your county board of elections, visit www.dos.pa.gov, or call toll free at 1-877-VOTESPA

**Polling Place:**
MULLEN CENTER
LANCASTER & ITHAN AVE
VILLANOVA, PA 19085

Signature or Mark of Elector

Valid upon receipt by the voter.

1114395

THEN FOLD, CREASE AND TEAR THIS STUB ALONG PERFORATION
REMOVE SIDE EDGES FIRST
②


Pennsylvania
visitPA.com USA
DRIVER'S LICENSE
NOT FOR REAL ID PURPOSES
4d DLN: REDACTED
DUPS: 00
3 DOB:
1 EGUIGUREN
2 JUAN RAMON
8 862 E LANCASTER AVE APT
8032
VILLANOVA, PA 19085
4b EXP: 11/23/2028
4a ISS: 11/20/2024
15 SEX: M 18 EYES: BRO
16 HGT: 6'-02"
9 CLASS: C
9a END: NONE
12 RESTR: 1
DL
REDACTED
5 DD REDACTED
ORGAN DONOR



SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

PASSPORT
PASSEPORT
PASAPORTE

UNITED STATES OF AMERICA

Type / Type / Tipo
P

Code / Code / Código
USA

Passport No. / No. du Passeport / No. de Pasaporte
REDACTED

Surname / Nom / Apellidos
EGUIGUREN

Given Names / Prénoms / Nombres
JUAN RAMON

Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA

Date of birth / Date de naissance / Fecha de nacimiento
22 Nov 2002

Sex / Sexe / Sexo
M

Place of birth / Lieu de naissance / Lugar de nacimiento
FLORIDA, U.S.A.

Date of issue / Date de délivrance / Fecha de expedición
24 Jun 2021

Authority / Autorité / Autoridad
United States
Department of State

Date of expiration / Date d'expiration / Fecha de caducidad
23 Jun 2031

Endorsements / Mentions Spéciales / Anotaciones
SEE PAGE 51

USA

REDACTED

EGUIGUREN0009


REPUBLICA DEL ECUADOR
PASAPORTE
PASSPORT
Tipo/ Type
P
Código del país/ Country code
ECU
Núm. de pasap./ Passport number
REDACTED
Apellidos/ Surnames
EGUIGUREN JERVIS
Nombres/ Given names
JUAN RAMON
Nacionalidad/ Nationality
ECUATORIANA / ECUADORIAN
Fecha de nacimiento/ Date of birth
NOV / NOV 2002
Núm. personal/ Personal number
REDACTED
Sexo/ Sex
M
Lugar de nacimiento/ Place of birth
Estados Unidos de Améri, USA
Fecha de expedición/ Date of issue
01 JUN / JUN 2021
Autoridad/ Authority
DIGERCIC
NAT/ CAN
REDACTED
Fecha de caducidad/ Date of expiry
01 JUN / JUN 2031
Firma del titular/ Holder's signature
REDACTED
REDACTED
REDACTED



CÉDULA DE IDENTIDAD

REPÚBLICA DEL ECUADOR

DIRECCIÓN GENERAL DE REGISTRO CIVIL, IDENTIFICACIÓN Y CEDULACIÓN

APELLIDOS

EGUIGUREN
JERVIS

CONDICIÓN CIUDADANIA

NOMBRES

JUAN RAMON

NACIONALIDAD

ECUATORIANA

FECHA DE NACIMIENTO

22 NOV 2002

LUGAR DE NACIMIENTO

Estados Unidos de Améri
Orlando

FIRMA DEL TITULAR

REDACTED

021122

SEXO

HOMBRE

No. DOCUMENTO

REDACTED

FECHA DE VENCIMIENTO

01 JUN 2031

NAT/CAN

REDACTED

NUI.REDACTED

REPÚBLICA DEL ECUADOR

Ministerio de Educación, Deporte y Cultura

# CERTIFICADO DE REGISTRO DEL TÍTULO DEL BACHILLER

El Ministerio de Educación, Deporte y Cultura de Ecuador certifica que la información del título del/de la señor/a EGUIGUREN JERVIS JUAN RAMON, con documento de identidad número REDACTED se encuentra registrada en los archivos físicos y/o digitales de esta cartera de Estado, según el siguiente detalle:

| | |
|---|---|
| Institución educativa: | UNIDAD EDUCATIVA “AMERICANO DE QUITO” |
| Título: | BACHILLER |
| Especialidad: | CIENCIAS |
| Fecha de grado: | 2021-06-26 |
| Nro. de refrendación: | ME-REF-06015184 |

El presente certificado se emite considerando la siguiente base legal:

- Ley Orgánica de Educación Intercultural, artículo 45, establece: “Todos los títulos de bachillerato emitidos por la Autoridad Educativa Nacional, están homologados y habilitan para las diferentes carreras que ofrece la educación superior”.

- Reglamento General a la Ley Orgánica de Educación Intercultural, artículo 189, sobre el título de bachiller: “Es el documento que certifica que el estudiante cumplió con todos los requisitos para la culminación de la educación media y facilita el acceso a la educación superior e inclusión al mercado laboral. (…) La Autoridad Educativa Nacional certificará, a través del sistema informático dispuesto para el efecto, la validez del título de bachiller y su emisión por parte de una institución educativa legalmente autorizada”.

El mal uso de la información generada por este medio será de exclusiva responsabilidad del solicitante o requirente.

En caso de detectar inconsistencias en la información proporcionada se recomienda solicitar la rectificación en el enlace de la página web de consulta en línea: https://servicios.educacion.gob.ec/titulacion25-web

REDACTED

Mgs. Ana María Ruiz Pérez

DIRECTORA DE CULMINACIÓN Y REGISTRO
MINISTERIO DE EDUCACIÓN, DEPORTE Y CULTURA

GENERADO: 20/07/2026 3.23 PM

República del Ecuador

Ministerio del Interior

REPÚBLICA DEL ECUADOR

SUBSECRETARÍA DE MIGRACIÓN

CERTIFICADO DE MOVIMIENTO MIGRATORIO

N°. SDAM-V-REDACTED

**Revisados los registros en los sistemas informáticos migratorios de la Subsecretaría de Migración, el**

SERVICIO DE APOYO MIGRATORIO - VIRTUAL

**CERTIFICA:**

**Ciudadano/a:** EGUIGUREN JERVIS JUAN RAMON **PasaporteNo./C.I. No.:** REDACTED

**de Nacionalidad:** ECUATORIANA **Fecha de nacimiento:** 22/11/2002

**ha realizado los siguientes movimientos migratorios:**

## DETALLE

| NO. | FECHA | MOVIMIENTO | PAIS: DESTINO - PROCEDENCIA | TRANSPORTE | LUGAR: EMBARQUE - DESEMBARQUE | NÚMERO DOCUMENTO DE VIAJE | CATEGORÍA MIGRATORIA |
|---|---|---|---|---|---|---|---|
| 1 | 22/06/2025 | ARRIBO | COLOMBIA / MEDELLIN -> ECUADOR / QUITO | AVIANCA | UCM-AIMS-UIO | REDACTED | |
| 2 | 17/05/2025 | SALIDA | ECUADOR / QUITO -> ESTADOS UNIDOS AMERICA / NEW YORK NEW YORK | AMERICAN AIRLINES | UCM-AIMS-UIO | [redacted] | |
| 3 | 24/04/2025 | ARRIBO | ESTADOS UNIDOS AMERICA / PHILADELPHIA PENNSYLVANIA -> ECUADOR / QUITO | AMERICAN AIRLINES | UCM-AIMS-UIO | [redacted] | |
| 4 | 09/03/2025 | SALIDA | ECUADOR / QUITO -> ESTADOS UNIDOS AMERICA / BALTIMORE MARYLAND | COPA | UCM-AIMS-UIO | [redacted] | |
| 5 | 28/02/2025 | ARRIBO | ESTADOS UNIDOS AMERICA / WASHINGTON D C -> ECUADOR / QUITO | COPA | UCM-AIMS-UIO | [redacted] | |
| 6 | 14/01/2025 | SALIDA | ECUADOR / QUITO -> ESTADOS UNIDOS AMERICA / WASHINGTON D C | AVIANCA | UCM-AIMS-UIO | [redacted] | |
| 7 | 19/12/2024 | ARRIBO | ESTADOS UNIDOS AMERICA / WASHINGTON D C -> ECUADOR / QUITO | AVIANCA | UCM-AIMS-UIO | [redacted] | |
| 8 | 22/08/2024 | SALIDA | ECUADOR / QUITO -> ESTADOS UNIDOS AMERICA / NEW YORK NEW YORK | LATAM | UCM-AIMS-UIO | [redacted] | |
| 9 | 03/08/2024 | ARRIBO | ESTADOS UNIDOS AMERICA / MIAMI FLORIDA -> ECUADOR / QUITO | COPA | UCM-AIMS-UIO | [redacted] | |
| 10 | 30/07/2024 | SALIDA | ECUADOR / QUITO -> ESTADOS UNIDOS AMERICA / MIAMI FLORIDA | LATAM | UCM-AIMS-UIO | [redacted] | |
| 11 | 28/06/2024 | ARRIBO | ESTADOS UNIDOS AMERICA / ATLANTA GEORGIA -> ECUADOR / QUITO | DELTA AIR LINES | UCM-AIMS-UIO | [redacted] | |





**Código de Validación:** SDAM-V-REDACTED

Migración

| NO. | FECHA | MOVIMIENTO | PAIS: DESTINO - PROCEDENCIA | TRANSPORTE | LUGAR: EMBARQUE - DESEMBARQUE | NÚMERO DOCUMENTO DE VIAJE | CATEGORÍA MIGRATORIA |
|---|---|---|---|---|---|---|---|
| 12 | 18/06/2024 | SALIDA | ECUADOR / QUITO -> ESTADOS UNIDOS AMERICA / ATLANTA GEORGIA | DELTA AIR LINES | UCM-AIMS-UIO | REDACTED | |
| 13 | 21/05/2024 | ARRIBO | ESTADOS UNIDOS AMERICA / MIAMI FLORIDA -> ECUADOR / QUITO | LATAM | UCM-AIMS-UIO | [redacted] | |
| 14 | 10/03/2024 | SALIDA | ECUADOR / QUITO -> ESTADOS UNIDOS AMERICA / NEW YORK NEW YORK | AVIANCA | UCM-AIMS-UIO | REDACTED | |
| 15 | 02/03/2024 | ARRIBO | ESTADOS UNIDOS AMERICA / NEW YORK NEW YORK -> ECUADOR / QUITO | AVIANCA | UCM-AIMS-UIO | [redacted] | |
| 16 | 15/10/2023 | SALIDA | ECUADOR / QUITO -> ESTADOS UNIDOS AMERICA / NEW YORK NEW YORK | COPA | UCM-AIMS-UIO | [redacted] | |
| 17 | 07/10/2023 | ARRIBO | ESTADOS UNIDOS AMERICA / NEW YORK NEW YORK -> ECUADOR / QUITO | AVIANCA | UCM-AIMS-UIO | [redacted] | |
| 18 | 21/08/2023 | SALIDA | ECUADOR / QUITO -> ESTADOS UNIDOS AMERICA / PHILADELPHIA PENNSYLVANIA | JET BLUE | UCM-AIMS-UIO | [redacted] | |
| 19 | 05/06/2023 | ARRIBO | ESTADOS UNIDOS AMERICA / FORT LAUDERDALE FLORIDA -> ECUADOR / QUITO | JET BLUE | UCM-AIMS-UIO | [redacted] | |
| 20 | 08/01/2023 | SALIDA | ECUADOR / QUITO -> ESTADOS UNIDOS AMERICA / NEWARK NEW JERSEY | COPA | UCM-AIMS-UIO | [redacted] | |
| 21 | 19/12/2022 | ARRIBO | ESTADOS UNIDOS AMERICA / PATERSON NEW JERSEY -> ECUADOR / QUITO | COPA | UCM-AIMS-UIO | [redacted] | |
| 22 | 08/08/2022 | SALIDA | ECUADOR / QUITO -> ESTADOS UNIDOS AMERICA / ORLANDO FLORIDA | AMERICAN AIRLINES | UCM-AIMS-UIO | REDACTED | |
| 23 | 06/05/2022 | ARRIBO | ESTADOS UNIDOS AMERICA / MIAMI FLORIDA -> ECUADOR / QUITO | AMERICAN AIRLINES | UCM-AIMS-UIO | [redacted] | |
| 24 | 07/03/2022 | SALIDA | ECUADOR / QUITO -> ESTADOS UNIDOS AMERICA / PHILADELPHIA PENNSYLVANIA | COPA | UCM-AIMS-UIO | [redacted] | |
| 25 | 26/02/2022 | ARRIBO | ESTADOS UNIDOS AMERICA / PHILADELPHIA PENNSYLVANIA -> ECUADOR / QUITO | AMERICAN AIRLINES | UCM-AIMS-UIO | [redacted] | |
| 26 | 11/01/2022 | SALIDA | ECUADOR / QUITO -> ESTADOS UNIDOS AMERICA / PHILADELPHIA PENNSYLVANIA | AMERICAN AIRLINES | UCM-AIMS-UIO | [redacted] | |
| 27 | 21/12/2021 | ARRIBO | ESTADOS UNIDOS AMERICA / MIAMI FLORIDA -> ECUADOR / QUITO | AMERICAN AIRLINES | UCM-AIMS-UIO | [redacted] | |
| 28 | 16/10/2021 | SALIDA | ECUADOR / QUITO -> ESTADOS UNIDOS AMERICA / PHILADELPHIA PENNSYLVANIA | DELTA AIR LINES | UCM-AIMS-UIO | REDACTED | |
| 29 | 10/10/2021 | ARRIBO | ESTADOS UNIDOS AMERICA / ATLANTA GEORGIA -> ECUADOR / QUITO | DELTA AIR LINES | UCM-AIMS-UIO | [redacted] | |
| 30 | 14/08/2021 | SALIDA | ECUADOR / QUITO -> ESTADOS UNIDOS AMERICA / PHILADELPHIA PENNSYLVANIA | DELTA AIR LINES | UCM-AIMS-UIO | REDACTED | |
| 31 | 28/10/2018 | ARRIBO | URUGUAY / MONTEVIDEO -> ECUADOR / QUITO | AVIANCA | UCM-AIMS-UIO | [redacted] | |
| 32 | 23/10/2018 | SALIDA | ECUADOR / QUITO -> URUGUAY / MONTEVIDEO | AVIANCA | UCM-AIMS-UIO | [redacted] | |
| 33 | 22/10/2017 | ARRIBO | PERU / LIMA -> ECUADOR / QUITO | LAN ECUADOR | UCM-AIMS-UIO | [redacted] | |

Se entregan 2 hojas adicionales.





**Código de Validación:** SDAM-V-REDACTED

República del Ecuador

Ministerio del Interior

REPÚBLICA DEL ECUADOR

SUBSECRETARÍA DE MIGRACIÓN

CERTIFICADO DE MOVIMIENTO MIGRATORIO

N°. SDAM-V-REDACTED

**Revisados los registros en los sistemas informáticos migratorios de la Subsecretaría de Migración, el**

SERVICIO DE APOYO MIGRATORIO - VIRTUAL

**CERTIFICA:**

**Ciudadano/a:** EGUIGUREN JERVIS JUAN RAMON **PasaporteNo./C.I. No.** REDACTED

**de Nacionalidad:** ECUATORIANA / ESTADOUNIDENSE **Fecha de nacimiento:** 22/11/2002

**ha realizado los siguientes movimientos migratorios:**

## DETALLE

| NO. | FECHA | MOVIMIENTO | PAIS: DESTINO - PROCEDENCIA | TRANSPORTE | LUGAR: EMBARQUE - DESEMBARQUE | NÚMERO DOCUMENTO DE VIAJE | CATEGORÍA MIGRATORIA |
|---|---|---|---|---|---|---|---|
| 1 | 30/08/2026 | ARRIBO | ESTADOS UNIDOS AMERICA / MIAMI FLORIDA -> ECUADOR / QUITO | AMERICAN AIRLINES | UCM-AIMS-UIO | REDACTED REDACTED | |
| 2 | 20/08/2026 | SALIDA | ECUADOR / QUITO -> ESTADOS UNIDOS AMERICA / MIAMI FLORIDA | AMERICAN AIRLINES | UCM-AIMS-UIO | REDACTED | |
| 3 | 20/03/2026 | ARRIBO | PERU / LIMA -> ECUADOR / QUITO | AVIANCA | UCM-AIMS-UIO | REDACTED | |
| 4 | 04/03/2026 | SALIDA | ECUADOR / QUITO -> URUGUAY / MONTEVIDEO | COPA | UCM-AIMS-UIO | REDACTED | |
| 5 | 22/06/2025 | ARRIBO | COLOMBIA / MEDELLIN -> ECUADOR / QUITO | AVIANCA | UCM-AIMS-UIO | REDACTED | |
| 6 | 17/05/2025 | SALIDA | ECUADOR / QUITO -> ESTADOS UNIDOS AMERICA / NEW YORK NEW YORK | AMERICAN AIRLINES | UCM-AIMS-UIO | REDACTED | |
| 7 | 24/04/2025 | ARRIBO | ESTADOS UNIDOS AMERICA / PHILADELPHIA PENNSYLVANIA -> ECUADOR / QUITO | AMERICAN AIRLINES | UCM-AIMS-UIO | REDACTED REDACTED | |
| 8 | 09/03/2025 | SALIDA | ECUADOR / QUITO -> ESTADOS UNIDOS AMERICA / BALTIMORE MARYLAND | COPA | UCM-AIMS-UIO | [redacted] | |
| 9 | 28/02/2025 | ARRIBO | ESTADOS UNIDOS AMERICA / WASHINGTON D C -> ECUADOR / QUITO | COPA | UCM-AIMS-UIO | [redacted] | |
| 10 | 14/01/2025 | SALIDA | ECUADOR / QUITO -> ESTADOS UNIDOS AMERICA / WASHINGTON D C | AVIANCA | UCM-AIMS-UIO | REDACTED | |
| 11 | 19/12/2024 | ARRIBO | ESTADOS UNIDOS AMERICA / WASHINGTON D C -> ECUADOR / QUITO | AVIANCA | UCM-AIMS-UIO | [redacted] | |



**Código de Validación:** REDACTED

**NOTA IMPORTANTE: Para validar la autenticidad del presente certificado, ingresar a la página de la Subsecretaría de Migración: https://www.migracion.gob.ec/ Opción: Validar Certificado de Movimiento Migratorio e ingresar el Código de Validación.**

Migración Ecuador

| NO. | FECHA | MOVIMIENTO | PAIS: DESTINO - PROCEDENCIA | TRANSPORTE | LUGAR: EMBARQUE - DESEMBARQUE | NÚMERO DOCUMENTO DE VIAJE | CATEGORÍA MIGRATORIA |
|---|---|---|---|---|---|---|---|
| 12 | 22/08/2024 | SALIDA | ECUADOR / QUITO -> ESTADOS UNIDOS AMERICA / NEW YORK NEW YORK | LATAM | UCM-AIMS-UIO | [redacted] REDACTED | |
| 13 | 03/08/2024 | ARRIBO | ESTADOS UNIDOS AMERICA / MIAMI FLORIDA -> ECUADOR / QUITO | COPA | UCM-AIMS-UIO | [redacted] | |
| 14 | 30/07/2024 | SALIDA | ECUADOR / QUITO -> ESTADOS UNIDOS AMERICA / MIAMI FLORIDA | LATAM | UCM-AIMS-UIO | [redacted] | |
| 15 | 28/06/2024 | ARRIBO | ESTADOS UNIDOS AMERICA / ATLANTA GEORGIA -> ECUADOR / QUITO | DELTA AIR LINES | UCM-AIMS-UIO | [redacted] | |
| 16 | 18/06/2024 | SALIDA | ECUADOR / QUITO -> ESTADOS UNIDOS AMERICA / ATLANTA GEORGIA | DELTA AIR LINES | UCM-AIMS-UIO | [redacted] | |
| 17 | 21/05/2024 | ARRIBO | ESTADOS UNIDOS AMERICA / MIAMI FLORIDA -> ECUADOR / QUITO | LATAM | UCM-AIMS-UIO | [redacted] | |
| 18 | 10/03/2024 | SALIDA | ECUADOR / QUITO -> ESTADOS UNIDOS AMERICA / NEW YORK NEW YORK | AVIANCA | UCM-AIMS-UIO | [redacted] | |
| 19 | 02/03/2024 | ARRIBO | ESTADOS UNIDOS AMERICA / NEW YORK NEW YORK -> ECUADOR / QUITO | AVIANCA | UCM-AIMS-UIO | [redacted] | |
| 20 | 15/10/2023 | SALIDA | ECUADOR / QUITO -> ESTADOS UNIDOS AMERICA / NEW YORK NEW YORK | COPA | UCM-AIMS-UIO | [redacted] | |
| 21 | 07/10/2023 | ARRIBO | ESTADOS UNIDOS AMERICA / NEW YORK NEW YORK -> ECUADOR / QUITO | AVIANCA | UCM-AIMS-UIO | [redacted] | |
| 22 | 21/08/2023 | SALIDA | ECUADOR / QUITO -> ESTADOS UNIDOS AMERICA / PHILADELPHIA PENNSYLVANIA | JET BLUE | UCM-AIMS-UIO | [redacted] | |
| 23 | 05/06/2023 | ARRIBO | ESTADOS UNIDOS AMERICA / FORT LAUDERDALE FLORIDA -> ECUADOR / QUITO | JET BLUE | UCM-AIMS-UIO | [redacted] | |
| 24 | 08/01/2023 | SALIDA | ECUADOR / QUITO -> ESTADOS UNIDOS AMERICA / NEWARK NEW JERSEY | COPA | UCM-AIMS-UIO | [redacted] | |
| 25 | 19/12/2022 | ARRIBO | ESTADOS UNIDOS AMERICA / PATERSON NEW JERSEY -> ECUADOR / QUITO | COPA | UCM-AIMS-UIO | [redacted] | |
| 26 | 08/08/2022 | SALIDA | ECUADOR / QUITO -> ESTADOS UNIDOS AMERICA / ORLANDO FLORIDA | AMERICAN AIRLINES | UCM-AIMS-UIO | [redacted] | |
| 27 | 06/05/2022 | ARRIBO | ESTADOS UNIDOS AMERICA / MIAMI FLORIDA -> ECUADOR / QUITO | AMERICAN AIRLINES | UCM-AIMS-UIO | [redacted] | |
| 28 | 07/03/2022 | SALIDA | ECUADOR / QUITO -> ESTADOS UNIDOS AMERICA / PHILADELPHIA PENNSYLVANIA | COPA | UCM-AIMS-UIO | [redacted] | |
| 29 | 26/02/2022 | ARRIBO | ESTADOS UNIDOS AMERICA / PHILADELPHIA PENNSYLVANIA -> ECUADOR / QUITO | AMERICAN AIRLINES | UCM-AIMS-UIO | [redacted] | |
| 30 | 11/01/2022 | SALIDA | ECUADOR / QUITO -> ESTADOS UNIDOS AMERICA / PHILADELPHIA PENNSYLVANIA | AMERICAN AIRLINES | UCM-AIMS-UIO | [redacted] | |
| 31 | 21/12/2021 | ARRIBO | ESTADOS UNIDOS AMERICA / MIAMI FLORIDA -> ECUADOR / QUITO | AMERICAN AIRLINES | UCM-AIMS-UIO | [redacted] | |
| 32 | 16/10/2021 | SALIDA | ECUADOR / QUITO -> ESTADOS UNIDOS AMERICA / PHILADELPHIA PENNSYLVANIA | DELTA AIR LINES | UCM-AIMS-UIO | [redacted] | |
| 33 | 10/10/2021 | ARRIBO | ESTADOS UNIDOS AMERICA / ATLANTA GEORGIA -> ECUADOR / QUITO | DELTA AIR LINES | UCM-AIMS-UIO | [redacted] | |

Se entregan 2 hojas adicionales.



**Código de Validación:** REDACTED

**NOTA IMPORTANTE: Para validar la autenticidad del presente certificado, ingresar a la página de la Subsecretaría de Migración: https://www.migracion.gob.ec/ Opción: Validar Certificado de Movimiento Migratorio e ingresar el Código de Validación.**

Migración Ecuador

República del Ecuador

Ministerio del Interior

REPÚBLICA DEL ECUADOR

SUBSECRETARÍA DE MIGRACIÓN

CERTIFICADO DE MOVIMIENTO MIGRATORIO

N°. SDAM-V-REDACTED

**Revisados los registros en los sistemas informáticos migratorios de la Subsecretaría de Migración, el**

SERVICIO DE APOYO MIGRATORIO - VIRTUAL

**CERTIFICA:**

**Ciudadano/a:** EGUIGUREN JERVIS JUAN RAMON **PasaporteNo./C.I. No.:** REDACTED

**de Nacionalidad:** ECUATORIANA **Fecha de nacimiento:** 22/11/2002

**ha realizado los siguientes movimientos migratorios:**

# DETALLE

| NO. | FECHA | MOVIMIENTO | PAIS: DESTINO - PROCEDENCIA | TRANSPORTE | LUGAR: EMBARQUE - DESEMBARQUE | NÚMERO DOCUMENTO DE VIAJE | CATEGORÍA MIGRATORIA |
|---|---|---|---|---|---|---|---|
| 1 | 22/06/2025 | ARRIBO | COLOMBIA / MEDELLIN -> ECUADOR / QUITO | AVIANCA | UCM-AIMS-UIO | REDACTED | |
| 2 | 17/05/2025 | SALIDA | ECUADOR / QUITO -> ESTADOS UNIDOS AMERICA / NEW YORK NEW YORK | AMERICAN AIRLINES | UCM-AIMS-UIO | | |
| 3 | 24/04/2025 | ARRIBO | ESTADOS UNIDOS AMERICA / PHILADELPHIA PENNSYLVANIA -> ECUADOR / QUITO | AMERICAN AIRLINES | UCM-AIMS-UIO | | |
| 4 | 09/03/2025 | SALIDA | ECUADOR / QUITO -> ESTADOS UNIDOS AMERICA / BALTIMORE MARYLAND | COPA | UCM-AIMS-UIO | | |
| 5 | 28/02/2025 | ARRIBO | ESTADOS UNIDOS AMERICA / WASHINGTON D C -> ECUADOR / QUITO | COPA | UCM-AIMS-UIO | | |
| 6 | 14/01/2025 | SALIDA | ECUADOR / QUITO -> ESTADOS UNIDOS AMERICA / WASHINGTON D C | AVIANCA | UCM-AIMS-UIO | | |
| 7 | 19/12/2024 | ARRIBO | ESTADOS UNIDOS AMERICA / WASHINGTON D C -> ECUADOR / QUITO | AVIANCA | UCM-AIMS-UIO | | |
| 8 | 22/08/2024 | SALIDA | ECUADOR / QUITO -> ESTADOS UNIDOS AMERICA / NEW YORK NEW YORK | LATAM | UCM-AIMS-UIO | | |
| 9 | 03/08/2024 | ARRIBO | ESTADOS UNIDOS AMERICA / MIAMI FLORIDA -> ECUADOR / QUITO | COPA | UCM-AIMS-UIO | | |
| 10 | 30/07/2024 | SALIDA | ECUADOR / QUITO -> ESTADOS UNIDOS AMERICA / MIAMI FLORIDA | LATAM | UCM-AIMS-UIO | | |
| 11 | 28/06/2024 | ARRIBO | ESTADOS UNIDOS AMERICA / ATLANTA GEORGIA -> ECUADOR / QUITO | DELTA AIR LINES | UCM-AIMS-UIO | | |





**Código de Validación:** SDAM-V-REDACTED

Migración

| NO. | FECHA | MOVIMIENTO | PAIS: DESTINO - PROCEDENCIA | TRANSPORTE | LUGAR: EMBARQUE - DESEMBARQUE | NÚMERO DOCUMENTO DE VIAJE | CATEGORÍA MIGRATORIA |
|---|---|---|---|---|---|---|---|
| 12 | 18/06/2024 | SALIDA | ECUADOR / QUITO -> ESTADOS UNIDOS AMERICA / ATLANTA GEORGIA | DELTA AIR LINES | UCM-AIMS-UIO | [redacted] | |
| 13 | 21/05/2024 | ARRIBO | ESTADOS UNIDOS AMERICA / MIAMI FLORIDA -> ECUADOR / QUITO | LATAM | UCM-AIMS-UIO | [redacted] | |
| 14 | 10/03/2024 | SALIDA | ECUADOR / QUITO -> ESTADOS UNIDOS AMERICA / NEW YORK NEW YORK | AVIANCA | UCM-AIMS-UIO | [redacted] | |
| 15 | 02/03/2024 | ARRIBO | ESTADOS UNIDOS AMERICA / NEW YORK NEW YORK -> ECUADOR / QUITO | AVIANCA | UCM-AIMS-UIO | [redacted] | |
| 16 | 15/10/2023 | SALIDA | ECUADOR / QUITO -> ESTADOS UNIDOS AMERICA / NEW YORK NEW YORK | COPA | UCM-AIMS-UIO | [redacted] | |
| 17 | 07/10/2023 | ARRIBO | ESTADOS UNIDOS AMERICA / NEW YORK NEW YORK -> ECUADOR / QUITO | AVIANCA | UCM-AIMS-UIO | [redacted] | |
| 18 | 21/08/2023 | SALIDA | ECUADOR / QUITO -> ESTADOS UNIDOS AMERICA / PHILADELPHIA PENNSYLVANIA | JET BLUE | UCM-AIMS-UIO | [redacted] | |
| 19 | 05/06/2023 | ARRIBO | ESTADOS UNIDOS AMERICA / FORT LAUDERDALE FLORIDA -> ECUADOR / QUITO | JET BLUE | UCM-AIMS-UIO | [redacted] | |
| 20 | 08/01/2023 | SALIDA | ECUADOR / QUITO -> ESTADOS UNIDOS AMERICA / NEWARK NEW JERSEY | COPA | UCM-AIMS-UIO | [redacted] | |
| 21 | 19/12/2022 | ARRIBO | ESTADOS UNIDOS AMERICA / PATERSON NEW JERSEY -> ECUADOR / QUITO | COPA | UCM-AIMS-UIO | [redacted] | |
| 22 | 08/08/2022 | SALIDA | ECUADOR / QUITO -> ESTADOS UNIDOS AMERICA / ORLANDO FLORIDA | AMERICAN AIRLINES | UCM-AIMS-UIO | [redacted] | |
| 23 | 06/05/2022 | ARRIBO | ESTADOS UNIDOS AMERICA / MIAMI FLORIDA -> ECUADOR / QUITO | AMERICAN AIRLINES | UCM-AIMS-UIO | [redacted] | |
| 24 | 07/03/2022 | SALIDA | ECUADOR / QUITO -> ESTADOS UNIDOS AMERICA / PHILADELPHIA PENNSYLVANIA | COPA | UCM-AIMS-UIO | [redacted] | |
| 25 | 26/02/2022 | ARRIBO | ESTADOS UNIDOS AMERICA / PHILADELPHIA PENNSYLVANIA -> ECUADOR / QUITO | AMERICAN AIRLINES | UCM-AIMS-UIO | [redacted] | |
| 26 | 11/01/2022 | SALIDA | ECUADOR / QUITO -> ESTADOS UNIDOS AMERICA / PHILADELPHIA PENNSYLVANIA | AMERICAN AIRLINES | UCM-AIMS-UIO | [redacted] | |
| 27 | 21/12/2021 | ARRIBO | ESTADOS UNIDOS AMERICA / MIAMI FLORIDA -> ECUADOR / QUITO | AMERICAN AIRLINES | UCM-AIMS-UIO | [redacted] | |
| 28 | 16/10/2021 | SALIDA | ECUADOR / QUITO -> ESTADOS UNIDOS AMERICA / PHILADELPHIA PENNSYLVANIA | DELTA AIR LINES | UCM-AIMS-UIO | [redacted] | |
| 29 | 10/10/2021 | ARRIBO | ESTADOS UNIDOS AMERICA / ATLANTA GEORGIA -> ECUADOR / QUITO | DELTA AIR LINES | UCM-AIMS-UIO | [redacted] | |
| 30 | 14/08/2021 | SALIDA | ECUADOR / QUITO -> ESTADOS UNIDOS AMERICA / PHILADELPHIA PENNSYLVANIA | DELTA AIR LINES | UCM-AIMS-UIO | [redacted] | |
| 31 | 28/10/2018 | ARRIBO | URUGUAY / MONTEVIDEO -> ECUADOR / QUITO | AVIANCA | UCM-AIMS-UIO | [redacted] | |
| 32 | 23/10/2018 | SALIDA | ECUADOR / QUITO -> URUGUAY / MONTEVIDEO | AVIANCA | UCM-AIMS-UIO | [redacted] | |
| 33 | 22/10/2017 | ARRIBO | PERU / LIMA -> ECUADOR / QUITO | LAN ECUADOR | UCM-AIMS-UIO | [redacted] | |

Se entregan 2 hojas adicionales.





**Código de Validación:** SDAM-V-[redacted]

Migración

EMPRESA ELÉCTRICA QUITO S.A.

Empresa Eléctrica Quito S.A. E.E.Q.
Matriz: Bartolome de las Casas E1-24 y Av. 10 de Agosto

Ruc: 1790053881001
Contribuyente especial, resolución No. 5368
OBLIGADO A LLEVAR CONTABILIDAD

K200005965328

| | |
|---|---|
| **No. factura** | 001-999-132624233 |
| **Nro. doc. interno** | 3022967383 |
| **Fecha de emisión** | 10-07-2026 |
| **Fecha de vencimiento** | 25-07-2026 |
| **Número de autorización** | 1007202601179005388100120019991326242330056305319 |

**VALOR TOTAL: 37,93**

## Información del Consumidor

**CUENTA CONTRATO 200005965328**

**Nombre cliente** EGUIGUREN REDACTED
**Cédula** REDACTED
**Dirección del servicio** LA CORUNA REDACTED

**Código Único Eléctrico** REDACTED
**Tipo de tarifa ARCONEL** BTCRSD01 - BT Residencial
**Geocódigo** 1406M021000274
**Código postal** 999999
**Unidad de Lectura** 1406M021

## 1. Información Servicio Eléctrico y Alumbrado Público

**Número de medidor** 33186
**Tipo de consumo** leído
**Fecha desde** 09-06-2026
**Días facturados** 31
**Fecha hasta** 09-07-2026

| Descripción | Fecha Hasta | Lectura Actual | Lectura Anterior | Diferencia Consumo | Consumo Subtotal | Consumo interno Transformador | Consumo Total | Unidad Medida | Monto ($) |
|---|---|---|---|---|---|---|---|---|---|
| Energía activa total | 09-07-2026 | 151995,00 | 151690,00 | | 305,00 | 0,00 | 305,00 | kWh | 27,47 |

## 2. Valores Pendientes

| | |
|---|---|
| VALORES PENDIENTES (2) | 0,00 |

Consumos(kWh)




## Servicio Eléctrico y Alumbrado Público

| | |
|---|---|
| Valor Consumo | 27,47 |
| Comercialización | 1,41 |
| Subsidio Cruzado Solidario | 2,89 |
| **Subtotal Servicio Eléctrico (SE)** | **31,77** |
| Servicio Alumbrado Público General | 3,75 |
| **Subtotal Alumbrado Público (APG)** | **3,75** |
| Base I.V.A. 0% | 32,63 |
| I.V.A. 0% | 0,00 |
| Base Exento de IVA | 2,89 |
| Exento de IVA | 0,00 |
| **TOTAL SE Y APG (1)** | **35,52** |

## 3. Planes de Financiamiento Autorizados por el Consumidor

| | |
|---|---|
| PLANES DE FINANCIAMIENTO (3) | 0,00 |

EL GOBIERNO SUBSIDIA ESTE SERVICIO

## Formas de Pago

| FORMA DE PAGO | VALOR | PLAZO | TIEMPO |
|---|---|---|---|
| SIN UTILIZACION DEL SISTEMA FINANCIERO | 35,52 | 15 | días |

## Subsidios del Gobierno

| | |
|---|---|
| Subsidio Tarifa Eléctrica | 15,41- |
| TOTAL | 15,41- |

"La presente factura no constituye título traslaticio de dominio, sino únicamente la constancia de recibir un servicio público."

| TOTAL (A) | |
|---|---|
| Servicio Eléctrico y Alumbrado Público (1) | 35,52 |
| Valores Pendientes (2) | 0,00 |
| Planes de Financiamiento (3) | 0,00 |
| TOTAL SECTOR ELECTRICO (1+2+3) | 35,52 |

## Mensajes

**Recaudación Terceros**

**ESTOS VALORES NO FORMAN PARTE DE LOS INGRESOS DE LA EMPRESA ELÉCTRICA**

**4. NOTIFICACIÓN DE PAGO DEL TRIBUTO PARA EL CUERPO DE BOMBEROS DEL CANTÓN QUITO**

**Beneficiario** C. BOMBEROS DISTRITO M QUITO
**R.U.C Beneficiario** 1768097950001
**Fecha de Emisión** 10-07-2026
**Cuenta Contrato** 200005965328
**Cédula** REDACTED REDACTED
**Nombre** EGUIGUREN
**Dirección Servicio** LA CORUNA REDACTED
REDACTED

| CONCEPTO | VALOR |
|---|---|
| Contribución Bomberos | 2,41 |
| TOTAL CONTRIBUCION BOMBEROS (4) | 2,41 |

En caso de reclamo o dudas comuníquese al teléfono de atención al cliente 023953700 o al mail comandancia@bomberosquito.gob.ec

| RESUMEN DE VALORES | |
|---|---|
| Total Sector Eléctrico (A) | 35,52 |
| Total Recaudación de Terceros (4+5+6) | 2,41 |
| VALOR TOTAL (USD) | 37,93 |

BANCO PICHINCHA
En confianza.

# ESTADO DE CUENTA

**EGUIGUREN JERVIS JUAN RAMON**
**CUENTA** [redacted]
AV 10 DE AGOSTO 30-66

CICLO 6
**C.I./RUC:** [redacted]

| | |
|---|---|
| FECHA ÚLTIMO CORTE (FACTURA) | 20-02-2026 |
| FECHA ESTE CORTE | 24-04-2026 |

**ESTIMADO**
Defensor del Cliente
Pablo Torres bpichinchadc@superbancos.gob.ec
Andrea Muela bpichinchadc2@superbancos.gob.ec
Telf 022981280

**ASESOR:** BAEZ CAICEDO KATTY ELIZABETH **EMAIL:** kebaez@pichincha.com

BANCO PICHINCHA VISA
Paga desde tu celular
con Tarjetas Banco Pichincha








**CONCILIACIÓN**

FECHA ÚLTIMO CORTE (FACTURA)
FECHA ESTE CORTE (FACTURA)
SALDO ANTERIOR
DEPÓSITO / CRÉDITOS (5)
CHEQUES / DÉBITOS (5)
INTERÉS PERIODO
SALDO ACTUAL
SALDO PROMEDIO EFECTIVO

[redacted]

Daremos por recibida su conformidad al presente estado de cuenta, a menos que en 30 días recibamos su aviso por escrito de algún reparo

COSEDE
Producto PROTEGIDO por el Seguro de Depósitos
www.cosede.gob.ec

BANCO PICHINCHA
En confianza.

# ESTADO DE CUENTA

EGUIGUREN JERVIS JUAN RAMON C.I./RUC: REDACTED

CUENTA: REDACTED CICLO 6

## DETALLE DE MOVIMIENTOS

| FECHA | OFIC. | N.DOC. | DESCRIPCION | DEBITO | CREDITO | SALDO |
|---|---|---|---|---|---|---|
| 10-mar. | 12 | 40937283 | TRANSFERENCIA INTERNET | REDACTED | | |
| 10-mar. | 12 | 40968997 | TRANSFERENCIA INTERNET | [redacted] | [redacted] | [redacted] |
| 23-mar. | 12 | 79311642 | TRANSFERENCIA INTERNET | [redacted] | [redacted] | [redacted] |
| 23-mar. | 12 | 103471954 | TRANSFERENCIA INTERNET | [redacted] | [redacted] | [redacted] |
| 23-mar. | 12 | 103510004 | TRANSFERENCIA INTERNET | [redacted] | [redacted] | [redacted] |
| 23-mar. | 12 | 103778422 | TRANSFERENCIA INTERNET | [redacted] | [redacted] | [redacted] |
| 23-mar. | 12 | 103797687 | TRANSFERENCIA INTERNET | [redacted] | [redacted] | [redacted] |
| 22-abr. | 12 | 29270959 | TRANSFERENCIA INTERNET | [redacted] | [redacted] | [redacted] |
| 24-abr. | 12 | 16418748 | TRANSFERENCIA INTERNET | [redacted] | [redacted] | [redacted] |
| 24-abr. | 12 | 16435976 | TRANSFERENCIA INTERNET | [redacted] | [redacted] | [redacted] |

Daremos por recibida su conformidad al presente estado de cuenta, a menos que en 30 días recibamos su aviso por escrito de algún reparo


R.U.C 1790010937001 Av. Amazonas 4560 y Pererira T.:(02) 2980 980 Quito - Ecuador www.pichincha.com

Outlook

**RE: Follow-up**

**From** Michelle Proctor REDACTED
**Date** Tue 4/15/2025 5:24 PM
**To** Juan Eguiguren REDACTED
**Cc** Juan Ramon Eguiguren Jervis REDACTED

Hello Juan,

I want to personally share that this decision was made solely based on shifting business priorities. Unfortunately, SAS did not meet its growth objectives for 2024. As part of a comprehensive review across the entire RFCS division to evaluate organizational structure and cost effectiveness, we made the difficult decision to eliminate the PMO function in its entirety.

Please know this decision is not a reflection of your performance. I truly appreciate your contributions and the professionalism you've brought to the team. I understand this news may come as a surprise, and I want to support you however I can — including serving as a reference for any future opportunities.

Thank you again for all you've done.

--Michelle

---

**From:** Juan Eguiguren REDACTED
**Sent:** Tuesday, April 15, 2025 5:11 PM
**To:** Michelle Proctor REDACTED
**Cc:** Juan Ramon Eguiguren Jervis REDACTED
**Subject:** Re: Follow-up

Dear Michelle,

I'm writing with the appreciation and gratitude that I have for you and the team.

As you can imagine, it was surprising and shocking to receive today's news. It caught me off guard, especially considering the plans I had regarding moving to Cary and starting on August.

I'm having a hard time understanding the short notice and I wanted to check personally with you if there is anything else besides the business priorities and organizational structure changes. It is important for me to be aware of any other significant reasons so that I can learn and improve if needed. I'm aware that some of my colleagues are still on board with SAS and wanted to know if moving forward there were any similar opportunities for me to consider.

As mentioned earlier, my personal email is REDACTED in case your response comes through after the account is deactivated.

Looking forward to hearing from you.

Best,

Juan E.

---

**From:** Michelle Proctor REDACTED
**Sent:** Tuesday, April 15, 2025 2:43 PM
**To:** Juan Eguiguren REDACTED
**Cc:** Lisa Lem REDACTED
**Subject:** Follow-up

Hello Juan,

Following up on our call, I've attached a document outlining the next steps. I'll also review and approve your latest timecard shortly.

Thank you again for all your contributions over the past year — they've been greatly appreciated.

--Michelle

Gmail

Juan Ramon REDACTED

## Your SAS Intern Conversion Offer Details

4 messages

**Kayla Woitkowski** REDACTED — Fri, Oct 4, 2024 at 1:19 PM
To: Juan Eguiguren REDACTED
Cc: Michelle Proctor REDACTED

Hi Juan,

It was so great chatting with you today and congratulations once again on your full-time offer! Below are the details we discussed. As mentioned you can expect a more formal offer letter within the next week. Please also see attachments for additional information about total compensation/benefits. Updated 2025 Benefits information will be provided to you as soon as they become available. We do not anticipate any major updates to 2024 plans.

- Base salary REDACTED
- Manager – REDACTED
- Job Title – Associate Program Manager
- Location – Remote PA (May consider relocation)
- Start Date – June 1, 2025
- Bonuses and additional compensation - You are eligible for bonuses. SAS offers a bonus as well as an annual merit increase. Merit increases are discretionary and based on individual performance and company performance. We review performances throughout the year, and if awarded, the typical payout is in April (as long as you are in the role by September 30).
- Holiday Schedule for 2024, 2025 to be Announced -
    - Martin Luther King, Jr. Day
    - Memorial Day
    - Independence Day
    - Labor Day
    - Thanksgiving Day
    - Thanksgiving Holiday
    - December 25 – January 2 – Winter Break
- Vacation – 15 vacation days p/year (20 days after 10 years of service)
- Sick Leave - unlimited
- Additional time off - 2 floating holiday per year and the SAS winter shutdown from December 25 – Jan 2 of each year.
- 401(k) Retirement Plan – 90 day wait period waived as a year-round intern! SAS matches dollar for dollar up to 6%. Your time as a SAS intern does count toward your 401k eligibility.
- Short Term Disability / Long Term Disability
- Life Insurance
- Tuition Reimbursement – $5,250 annually offered after being approved.
- Wellness Stipend - $1,200 annually for approved expenses. (Must be a regular US full-time or part-time employee on or before September 30th to be eligible for the well-being reimbursement for that calendar year)

Reach out with any questions you have to myself and universityrecruiting@sas.com!

Thanks,

**Kayla Woitkowski**

Director, Global Emerging Careers • Talent Acquisition

*(she/her/hers)*

Phone: +REDACTED • REDACTED

Remote • Cleveland, Ohio

**Hampton Inn and Suites by Hilton - Raleigh Cary I-40**
**PNC Arena, NC**
**111 Hampton Woods Ln, Raleigh 27607 US**
**9192331798**
**RDUCY_Hampton_Suites@Hilton.com**

**Date Range: Jul 30, 2024 - Aug 02, 2024**
**Tax ID :**

# Guest Folio

Confirmation Number - 81587435

**Primary Guest**

| | |
|---|---|
| Guest Name | Eguiguren, Juan |
| Address | 800 East Lancaster Avenue |
| City, State, Zip Code | Villanova PA 19085 |
| Country | US |

**ADDN GUESTS**

**Hilton Honors**

Member
REDACTED 8883

**Stay Details**

| | |
|---|---|
| Check In Date | Jul 30, 2024 |
| Check Out Date | Aug 02, 2024 |
| Room | SXBL - 416 |
| Source | OWN HOTEL |
| Guests | 1/0 |

**Company Details**

| | |
|---|---|
| Name | |
| Tax ID | |
| PO Number | |
| Account Name | |

**Other Details**

| | |
|---|---|
| Bill Number | |
| Tax Exemption | NO |
| Tax Exempt Date | |

**Travel Agent**

| | |
|---|---|
| IATA | |
| Name | |

| Summary | |
|---|---|
| **Type** | **Amount** |
| **Folio Balance** | **$0.00** |

| | |
|---|---|
| **Check In Time** | **08:53 PM** |
| **Check Out Time** | **09:05 AM** |

**Reservations hampton.com or +1-800-HAMPTON**

EGUIGUREN0026

Gmail Juan Ramon REDACTED

# Welcome to SAS! Onboarding Details: Action Required

1 message

**Lindsay Whitfield** REDACTED Mon, Dec 11, 2023 at 2:30 PM
Reply-To: Lindsay Whitfield REDACTED >
To: REDACTED

Juan,

Congratulations on your offer! We are thrilled that you have accepted and look forward to making it official on 5/14/2024!

The below link will direct you to the SAS Onboarding Portal where you will complete a series of initial tasks. You will be notified by email when additional tasks are assigned or if a task is expiring or overdue.

The **"Resources"** section on the lower left will allow you to view many of the documents referenced throughout Onboarding. In this section, you will be presented with details of our various campus amenities, recreation and fitness programs and exclusive discounts only available to SAS employees. A list of tasks and their deadlines will appear on your Onboarding landing page.

As previously stated, this offer is contingent upon successful completion of a background check and drug screen. **Please note:** if your start date is more than 60 days away, we will not be kicking off the background check right away. You will be receiving a separate email from your onboarding specialist with information and timeline regarding next steps to submit a background check release form and take your drug screen.

Onboarding Portal

Login Name: JuanREguiguren
Please use the same password created when submitting your application.
You can also click here to reset your password.

If you require additional assistance with the Onboarding process, please don't hesitate to reach out!

**We have attached images that make it easy to share the exciting news that you are joining the #SASLife on LinkedIn, Instagram or other social channels! If you do post, please tag me so I can join in on the excitement.**

Sincerely,
Lindsay Whitfield
SAS Talent Acquisition

**Attachments:**

If you experience difficulties opening an attachment, please select the option to "Save" the file to your Desktop and then open the file from there.
REDACTED

Gmail

Juan Ramon REDACTED >

## Your SAS Offer Information

**Lindsay Whitfield** REDACTED
Reply-To: Lindsay Whitfield REDACTED
To: REDACTED

Fri, Dec 8, 2023 at 12:18 PM

Juan,

On behalf of SAS, I am pleased to offer you a position as a Project Management Intern.

We have an exciting summer lined up for 2024! You can view this video about the SAS intern program and click here to see what a "day-in-the-life" of a SAS intern entails. If you choose to accept our offer, you can feel confident that you'd be given impactful work, an opportunity to grow your skills, and will build your network. We hope that you'll join us!

Once we receive your signed offer letter, we will start the electronic onboarding process. Your offer of employment is contingent upon your successful completion of a background check and drug screen.

To agree to the terms of the employment set forth above, use the link below to view and electronically sign this contingent offer. Be sure to save a copy for your records!

Click to Complete

Thank you,
Lindsay Whitfield
REDACTED

CONSEJO NACIONAL ELECTORAL

**CONSEJO NACIONAL ELECTORAL**

**N° ISJvFrQ4-2026**

# CERTIFICACIÓN

En mi calidad de Secretaria/o General del Consejo Nacional Electoral **CERTIFICO** que:

Revisada la base de datos que mantiene este Órgano Electoral: el/la señor(a): **EGUIGUREN JERVIS JUAN RAMON** portador/a de la cédula de ciudadanía Nro REDACTED **NO** registra la suspensión de sus derechos políticos y de participación.

**Dra. Betty Consuelo Báez Villagómez**

SECRETARIA GENERAL

**CONSEJO NACIONAL ELECTORAL**

REDACTED

*Emitido el: 20/07/2026 15:45*

*NOTA: Este certificado es gratuito y su falsificación está penalizada por la ley.*

*¡La democracia está en ti!*


REDACTED
CNE
REFERÉNDUM
LA DECISIÓN ES TUYA
CERTIFICADO DE PRESENTACIÓN
16 DE NOVIEMBRE DE 2025
N° CÉDULA: 17REDACTED3
APELLIDOS: Eguiguren Jervis
NOMBRES: Juan Ramon
F. PRESIDENTA/E DE LA JUNTA RECEPTORA DEL VOTO

DELEGACIÓN PROVINCIAL ELECTORAL DE PICHINCHA

ELECCIONES SECCIONALES Y CPCCS 2027
*Tu voto, tu decisión*

**Oficio Nro. CNE-UPSGP-REDACTED**

**Quito, 21 de septiembre de 2026**

**Asunto:** CERTIFICADO DE EMPADRONAMIENTO

Señor
Juan Ramon Eguiguren Jervis
Presente.

De mi consideración:

En atención al contenido de su solicitud de 21 de septiembre de 2026, por disposición del señor Director de la Delegación Provincial de Pichincha, encargado, en mi calidad de Secretaria y Responsable de la Unidad Provincial de Secretaría General, subrogante, tengo bien en **CERTIFICAR:**

Que, revisado el sistema de recaudaciones del Consejo Nacional Electoral, se constata el empadronamiento del señor **JUAN RAMÓN EGUIGUREN JERVIS** con cédula de ciudadanía No. [redacted] conforme al siguiente detalle:

| Fecha de proceso | Parroquia | Recinto | Cantón | Provincia | Ejerció el voto |
|---|---|---|---|---|---|
| 7/2/2021 | Cotocollao | Unidad Educativa Mena del Hierro | Quito | Pichincha | Si voto |
| 11/4/2021 | Cotocollao | Unidad Educativa Mena del Hierro | Quito | Pichincha | Si voto |
| 5/2/2023 | Cotocollao | Unidad Educativa Mena del Hierro | Quito | Pichincha | Si voto |
| 20/8/2023 | Cotocollao | Unidad Educativa Mena del Hierro | Quito | Pichincha | Si voto |
| 15/10/2023 | Cotocollao | Unidad Educativa Mena del Hierro | Quito | Pichincha | Si voto |
| 21/4/2024 | Cotocollao | Unidad Educativa Mena del Hierro | Quito | Pichincha | No voto |
| 9/2/2025 | Ciudadano empadronado en el exterior, en la junta No. 1 masculino de la ciudad de New Jersey, Estados Unidos de América | | | | No voto |
| 13/4/2025 | Ciudadano empadronado en el exterior, en la junta No. 1 masculino de la ciudad de New Jersey, Estados Unidos de América | | | | Si voto |
| 16/11/2025 | Ciudadano empadronado en el exterior, en la junta No. 1 masculino de la ciudad de New Jersey, Estados Unidos de América | | | | No voto |

Atentamente,

Abg. Ruth Katherine Villamagua Paucar
**RESPONSABLE DE LA UNIDAD PROVINCIAL DE SECRETARÍA GENERAL DE PICHINCHA, SUBROGANTE**

Referencias:
- CNE-UPSGP-REDACTED

Anexos:
- image58.pdf

NUT: CNE-REDACTED

**Oficio Nro. CNE-UPSGPREDACTED**

**Quito, 21 de septiembre de 2026**

REDACTED

Juan Ramon <ju REDACTED >

## Congratulations | SAS Full-Time Opportunity!

1 message

**Kayla Woitkowski** REDACTED Fri, Sep 27, 2024 at 2:51 PM
To: Juan Eguiguren REDACTED REDACTED >
Cc: Michelle Proctor REDACTED

Hi Juan,

I'm pleased to share that SAS is extending you an offer for full-time employment - congratulations!

Please utilize the MS Bookings link below to schedule time for us to connect about the details of your offer at a time that is convenient for you. Look forward to talking soon!

Book time with Kayla Woitkowski: Intern Conversion Offer Call • This link will expire on: December 26, 2024

**Please note:** This offer is contingent based on the successful completion of your degree. Our records indicate that you complete your degree no later than Aug 2025. If your graduation timeline has changed, please notify me, your manager, and your HRBP ASAP.

These notices will be going out to interns as we receive position details and approvals over the next few weeks.

Looking forward to connecting about your offer!

**Kayla Woitkowski**

Director, Global Emerging Careers • Talent Acquisition

*(she/her/hers)*

Phone: + REDACTED • REDACTED

Remote • Cleveland, Ohio

**Did you know?** SAS is a debt-free, multi-billion-dollar organization on our path to IPO-readiness. Help us write our next chapter.

-

**TRULY HUMAN NOTICE:** SAS empowers its employees to work flexibly. For me, this means juggling the responsibilities of motherhood while finding time to prioritize my health & well-being. This said, you may receive this message outside of normal business hours to accommodate my personal schedule. *It is not expected that you reply outside of the work hours that work for you!*

Dear Juan:

Congratulations! On behalf of SAS Institute, Inc., I am delighted to offer you the position of Project Management Intern in the Risk Research and Quantitative Solutions organization based in Remote PA reporting to Michelle Proctor effective on 5/14/2024 through 8/2/2024

As the leader in analytics, we use our software and services to inspire our customers around the world to transform data into intelligence. Our curiosity fuels innovation, pushing boundaries, challenging the status quo and changing the way we live.

We're proud to share our Intern Program has been ranked as a Top Internship Program in the US. We'll help you grow professionally, thrive in an award-winning environment, and make memorable connections with co-workers and fellow interns. Our culture has always been an integral part of who we are as a company, connecting the curious nature that gave us our start, and the spirit of innovation that moves us forward. The way we act and interact is based on trust, respect and a bold motivation to drive change.

You will soon receive instructions that will assist you with your onboarding progression. Should you have additional questions, you may contact me. The Early Career team will be in touch about details for your first day as it gets closer to your start date. We'll provide you with all the information you need to succeed during your internship.

Ready to make your mark? We look forward to you joining the SAS team!

The following are some relevant terms of our offer:

Compensation: You will be paid USD REDACTED

<u>Conditions</u>:

This offer of employment is contingent upon the following:

- Submitting to and successfully passing SAS' drug screen and background check
- Validation of appropriate verification of your identity and employment authorization as required by the Immigration Reform and Control Act.

Some customer-facing positions may require further and more frequent drug screen and background checks.
By accepting this offer, you acknowledge that you have no conflicting obligations preventing you from accepting this offer of employment. Your employment with SAS is at-will and may be terminated, by either party, at any time, for any reason.

I, Juan Eguiguren, accept SAS' offer of employment effective 5/14/2024. I understand and accept all conditions of employment in this offer as stated above. I understand and agree that this offer letter is the complete, exclusive, and final statement of the employment agreement between SAS and me, and there are no other written or oral offers from SAS that I am relying upon. If any other offers regarding my employment at SAS have been made to me, I hereby waive my right to enforce those offers and agree that the terms and conditions contained herein supersede them.

Sincerely,

Lindsay Whitfield