# EXHIBIT F

RE: Early Move-In

Delete Archive | Reply | Reply all | Forward | Zoom | Move | Read / Unread | Categorize | Flag | Print

Delete | Respond | Zoom | Move | Tags | Print

## RE: Early Move-In

Residence Life
To: Juan Eguiguren

Reply | Reply all | Forward

Thu 8/15/2024 1:14 PM

Hi Juan,

Yes, you can move in on the 23rd.

Take care,
Residence Life

**From:** Juan Eguiguren <jeguigur@villanova.edu>
**Sent:** Thursday, August 15, 2024 12:30 PM
**To:** Residence Life <residencelife@villanova.edu>
**Subject:** Early Move-In

Good afternoon dear ResLife office,

I hope this email finds you well. I am reaching out because I was trying to sign up for move-in and the earliest day is sat Aug 24. However, due to international travel matters, I will not be able to get there that day but instead on **Friday Aug 23** around **noon.** With that, is there any chance I can move in that day? I don't have a place to stay for a day.

Thank you and I appreciate your help in advance,

Juan E.

**Juan Ramon Eguiguren Jervis**

*Villanova School of Business Class of 2025*

Marketing, International Business, and Italian Studies

LATAM AIRLINES GROUP S.A. (US)
6500 NW 22 Street, Miami, Florida, 33122 59-2605885 Miami United States

# *Información de tu pasaje*

**Este documento contiene el detalle y condiciones del servicio que adquiriste.**
No es necesario que lo lleves el día de tu viaje.

## Información de tu viaje

| Código de Reserva | REDACTED [redacted] | Nº de orden | REDACTED [redacted] | Ciudad y Fecha de emisión | Miami, Estados Unidos 07/05/24 |
|---|---|---|---|---|---|

| Nombre Pasajero | Tipo de pasajero | Documento de Identificación |
|---|---|---|
| JUAN EGUIGUREN | Adulto | REDACTED |

## Itinerario

| Nº de vuelo | Origen | Destinos | Salida Fecha | Salida Horario | Llegada Fecha | Llegada Horario | Cabina | Tarifa | Asiento |
|---|---|---|---|---|---|---|---|---|---|
| LA6334 | Nueva York (John F Kennedy) | Miami (Miami Intl.) | 21/05/24 | 11:14 a. m. | 21/05/24 | 2:20 p. m. | Economy | Plus | |
| LA1453 | Miami (Miami Intl.) | Quito (Mariscal Sucre Intl.) | 21/05/24 | 3:50 p. m. | 21/05/24 | 7:05 p. m. | Economy | Plus | 11C |
| LA1442 | Quito (Mariscal Sucre Intl.) | Bogotá (El Dorado Intl.) | 22/08/24 | 7:12 p. m. | 22/08/24 | 8:44 p. m. | Economy | Plus | 9D |
| LA6354 | Bogotá (El Dorado Intl.) | Nueva York (John F Kennedy) | 22/08/24 | 11:40 p. m. | 23/08/24 | 6:27 a. m. | Economy | Plus | |

## Detalle de tu pago

| Número de ticket | Concepto | Monto (1) |
|---|---|---|
| REDACTED [redacted] | Vuelo<br>Tasas y/o impuestos (1) | REDACTED [redacted] |

## Forma de pago

| Tipo | Monto |
|---|---|
| Tarjeta de crédito / débito<br>REDACTED | REDACTED |

UREN0037

| Número de ticket | Concepto | Monto (1) | Tipo | Monto |
|---|---|---|---|---|
| | Total pagado | REDACTED | REDACTED | |

## Aerolíneas en este viaje

| N° de vuelo | Aerolínea operadora | Aerolínea que factura |
|---|---|---|
| LA 6334 | DELTA | LATAM AIRLINES GROUP S.A. (US) |
| LA 1453 | LATAM AIRLINES GROUP | LATAM AIRLINES GROUP S.A. (US) |
| LA 1442 | LATAM AIRLINES GROUP | LATAM AIRLINES GROUP S.A. (US) |
| LA 6354 | DELTA | LATAM AIRLINES GROUP S.A. (US) |

## Información local

- Antes de viajar, revisa las restricciones de entrada para los distintos países debido al brote de COVID-19.
- Recuerda revisar la hora de presentación en aeropuerto, esta será indicada en tu boarding pass. Si no pudiste hacer Check-in en el sitio y/o necesitas facturar equipaje en el aeropuerto, debes presentarte con la debida anticipación.
- Para contrataciones a través del catálogo electrónico del Convenio Marco de Emisión de Boletos Electrónicos para Transporte Aéreo Nacional de Pasajeros, las consultas y/o solicitudes de atención serán únicamente a través de la Central de Atenciones, sólo aplica la información referida a vuelos dentro de Perú.

## Términos y condiciones del equipaje

### Equipaje permitido de acuerdo a tu tarifa

**La tarifa Economy Plus permite:**

**Por cada pasajero:**

- **En cabina:** 1 bolso o mochila pequeña con una dimensión máxima de 45 x 35 x 20 cm (alto, largo y ancho).
- **En cabina:** 1 pieza (bolsos o maletas) que no superen los 10 kilos, con una dimensión máxima de 55 x 35 x 25cm.
- **En bodega:** 1 pieza(s) que no supere(n) los 23 kilos, con una dimensión máxima de 158 cm (largo+ancho+alto).

- Ten en cuenta que si tu equipaje de mano no cumple con estos requisitos será retenido y enviado a la bodega de avión, inclusive en la sala de embarque, pudiendo estar sujeto a cobro de acuerdo a los términos y condiciones de equipaje. Revisa los términos y condiciones.
- Un **bolso o mochila pequeña** (cartera, laptop o bolso de bebé), el cual deberá ser ubicado bajo el asiento delantero, excepto en primera fila y en filas de emergencia.
- Los **pasajeros infantes** (0-2 años) no tienen incluido el equipaje de bodega.

**Juan Ramon** REDACTED

## Your SAS Intern Conversion Offer Details

REDACTED
To: Juan Ramon REDACTED

Tue, Oct 8, 2024 at 6:43 PM

La oferta es buena, pero creo que igual se puede negociar.

Analisis de la oferta:
1. Las vacaciones son buenas. Contando el feriado de navidad son 22 días (un mes completo)
2. Los perks son buenos (tuition / wellness) y el 401K match también. Todo suma si se lo aprovecha bien
3. La manager es buena, y puedes aprender y crecer mucho https://www.linkedin.com/in/michelle-proctor-68b7187/

Negociacion:
1. Pedir REDACTED Parece que han otorgado eso el ano pasado a entry-level, entonces no es nada irracional. https://www.levels.fyi/companies/sas-software/salaries/project-manager
2. Primero agradecer y comunicar que estas muy emocionado por la oportunidad. However, "you were targeting a slightly higher base, and that you'd appreciate the opportunity to discuss that a bit further if possible".

Me cuentas que tal te va

REDACTED
[Quoted te t hidden]

Gmail

Juan Ramon REDACTED

## Your SAS Intern Conversion Offer Details

REDACTED REDACT
Ramon <juar REDACTED

Tue, Oct 8, 2024 at 6:43 PM

The offer is good, but I think it's still negotiable.

Offer analysis: 1. The
vacation time is good. Including the Christmas holiday, it's 22 days (a full month).
2. The perks are good (tuition/wellness) and the 401K match is good too. Everything adds up if you use it well. 3. The manager is good, and you can learn and grow a lot. https://www.linkedin.com/in/michelle-proctor-68b7187/

Negotiation: 1
Ask fo REDACTED seems they granted that to entry-level employees last year, so it's not unreasonable. https://www.levels.fyi/companies/sas-software/salaries/project-manager 2. First, thank them and let them know you're very excited about the opportunity. However, "you were targeting a slightly higher base, and that you'd appreciate the opportunity to discuss that a bit further if possible."

Let me know how it goes.

REDACTED
[Quoted text hidden]

12:43

‹ 1 REDACTED REDACTED [redacted] REDACTED

08:18

Oct 28, 2024

Necesito guia, apoyo y opinión para el tema oferta de trabajo. El día viernes es la fecha límite para aceptar la oferta 08:24

REDACTED

De acuerdo, si quieres hablamos, yo estoy disponible 08:50

Talvez conversaste sobre ciertas condiciones con SAS como la fecha de inicio? Lugar de trabajo? 08:51

REDACTED

Si 08:51

Puedo comenzar más tarde y lugar de trabajo a elección mía básicamente. Si escojo trabajar en Cary, NC me dan un bono de reubicación y me habilitan la plataforma de bienes raíces para departamentos y así 08:52

12:25

‹ 2 REDACTED REDACTED [redacted] REDACTED

[redacted]tunately, I don't have a cover this time 8:18

I need guidance, support, and opinions on the job offer. Friday is the deadline to accept the offer. 8:24

REDACTED

Okay, if you want, we can talk. I'm available. 8:50

Maybe you discussed certain conditions with SAS, like the start date? Work location? 8:51

REDACTED

Yes 8:51

I can start later, and the work location is basically my choice. If I choose to work in Cary, NC, they give me a relocation bonus and enable the real estate platform for apartments and such. 8:52


12:26
63
2
REDACTED
ast seen today at 12:13
Mar 24, 2025
oki 14:00
mami 14:02
me regalas 2000 millas para irme a cary el finde a ver depars 14:02
hable con Rahul y me ayudo a conseguir tours y eso 14:03
no viene conmigo pq sigue en silla de ruedas pero me acolita virtualmente 14:03
me copias ?? 14:04
tengo 8,040, necesito 10,500 14:06
hello 14:06
2,460 necesito 14:07
Cómo te regalo? Hablemos después para ver cómo hacer? 14:13


12:26
63
2
REDACTED
Last seen today at 12:13
Mar 24, 2025
OK 2:00 PM
Mom 2:02 PM
Can you give me 2,000 miles so I can go to Cary this weekend to see departments? 2:02 PM
I talked to Rahul and he helped me get tours and stuff 2:03 PM
He's not coming with me because he's still in a wheelchair, but he's supporting me virtually 2:03 PM
Do you copy? 2:04 PM
I have 8,040, I need 10,500 2:06 PM
hello 14:06
I need 2,460 14:07
How can I give it to you? Let's talk later to see how to do it? 14:13


10:16
REDACTED
2 online
REDACTED
Oct 28, 2024
You
Puedo comenzar más tarde y lugar de trabajo a elección mía básicamente. Si escojo trabajar en Cary, NC me dan u...
El lugar es dentro de USA? 08:54
REDACTED
El lugar es dentro de USA?
Si 08:54
REDACTED
Conversaste con REDACTED Qué comentarios te dió? 08:56
Si me ayudó 09:07
REDACTED
Entonces podemos hablar los 3 más tarde del tema, te parece? Así conversamos de los pro y contras 09:09
Cuando conversamos tema oferta de trabajo


10:16
REDACTED
2 online
REDACTED
Oct 28, 2024
You
I can start later and the workplace is basically my choice. If I choose to work in Cary, NC they give me u...
Is the place within the USA? 08:54
REDACTED
Is the place within the USA?
Yes 08:54
REDACTED
Did you talk to REDACTED? What feedback did he give you? 08:56
Yes, he helped me 09:07
REDACTED
Then the three of us can talk about it later, okay? That way we can discuss the pros and cons 09:09
When we talked about the job offer

Gmail

Juan Ramon REDACTED

# RE: Event Alert: Juan Eguiguren Has Accepted their Offer Letter

1 message

**Kayla Woitkowski** <REDACTED Thu, Oct 31, 2024 at 12:37 PM
To: Juan Eguiguren <REDACTED REDACTED
Cc: Maria Crockett REDACTED

Woohoo! Welcome officially to the #saslife full-time, Juan!!

Kayla

---

**From:** SAS <sas+autoreply@talent.icims.com>
**Sent:** Thursday, October 31, 2024 10:32 AM
**To:** Kayla Woitkowski REDACTED
**Subject:** Event Alert: Juan Eguiguren Has Accepted their Offer Letter

***EXTERNAL***

Candidate: Juan Eguiguren
Requisition: Associate Program Manager - Intern Conversion: No Break in Service (ID: 20062502)
Hiring Manager: Michelle Proctor
Recruiter: Kayla Woitkowski
Coordinator: Teri Alston

---

This message was sent to REDACTED. If you don't want to receive these emails from this company in the future, please go to:
https://sas.icims.com/icims2/?r=966F396920&contactId=4343462

© SAS Institute Inc; 100 SAS Campus Drive; Cary, NC 27513; USA


09:08
Thank you my guy
RB
REDACTED
Jan 14, 2025 at 19:33
app.goo.gl
The Parke at Trinity Apartment...
Places, Navigation & Traffic
Open
this is another place within your budget that might be worth checking out
if it's feasible i think you should come and check
Text Message • SMS
that might not be practical


Traffic
09:08
RB
REDACTED
if it's feasible i think you should come and check these places out in person before signing anything but ik that might not be practical
Yeah I was thinking about it
I should find a weekend for it
I'll check it out asap
alrighty
Jan 16, 2025 at 10:59
Train is pretty cheap if you want to use that to come down, otherwise Frontier prices aren't too bad either
Unless you have a car and want to drive
Text Message • SMS
I do not unfortunately


09:08
RB
REDACTED
Train is pretty cheap if you want to use that to come down, otherwise Frontier prices aren't too bad either
Unless you have a car and want to drive
I do not unfortunately
1 Reply
But I'll check trains and flights
When would you say it's a reasonable time to go
I could do a weekend but around what month is it smart
HA HA
Flight seems to be the best option considering the train is like 9 hrs hahaha
Text Message • SMS


09:09
92
RB
REDACTED
Mar 24, 2025 at 13:51
Hey man
How is the recovery going
hey brother
recovery going well, nothing but time will help now... need to wait for my surgeons to give me the green flag to use my limbs more than i have been
How've you been
Oh man
Sounds annoying but I'm glad that everything is going uphill from now
I've been doing good
In fact I think I might be able to fly down this weekend
Text Message • SMS


09:09
91
RB
REDACTED
To check out apartments and be around for a bit
oh damn no way
Maybe pay you a visit hahaha
haha yeah maybe that'll be nice man
have you been looking at places online?
The ones we discussed
Probably will try to schedule a tour or something
And find more places
Do you have any other recs besides the ones you sent me?
2 Replies
Makes sense
Text Message • SMS


besides the ones you sent
me?
09:09
91
2 Replies
Makes sense
RB
REDACTED
wish I could go with you man but because I'm in a wheelchair I'll only end up slowing you down during this trip... maybe I can help you move in this coming august
2 Replies
Do you have any other recs besides the ones you sent me?
2 Replies
Nah not really tbh prices and quality haven't changed much
wish I could go with you man but because I'm in a wheelchair I'll only end up slowing you down during this trip... maybe I can hel...
2 Replies
Yeah no worries hahaha
You've done more than enough for me
Do you have any other recs besides the
Text Message • SMS
there are some new places


09:10
91
RB
REDACTED
Mar 28, 2025 at 09:55
hey man what's up
got to NC safe?
What's good
Yessir
Already checked 403west
Very cool ngl
They have this 1br w a den that I loved
that's great man
where else you checking out?
A lot of places hahaha
A couple of the MAA complexes if you're familiar
Text Message • SMS


09:10
RB
REDACTED
Mar 30, 2025 at 19:14
hope your weekend in NC is going well man
Mar 31, 2025 at 13:00
What's up mate
It went well! Back home now
Gonna be tough deciding
But there are a couple places I really like
So I'm excited
And I got to see more of Cary and a bit of Durham and it is so cool so I'm hype
When I went over the summer I didn't get the chance to see anything besides sas and the hotel lol
that's great man
Text Message • SMS


09:11
RB
REDACTED
which places are at the top of your list for apartments?
5 Replies
and where'd you end up seeing in cary and durham?
5 Replies
which places are at the top of your list for apartments?
5 Replies
403 west and Vintage Raleigh are my favorites
and where'd you end up seeing in cary and durham?
5 Replies
Like saw the Central Park at Cary which was so nice
And the surroundings
For Durham I saw Duke and surroundings too
Text Message • SMS


surroundings too
09:11
RB
Cool area overall
REDACTED
which places are at the top of your list for apartments?
5 Replies
pretty solid, 403 is cheaper but you get a bigger place with Vintage for $100 more
and where'd you end up seeing in cary and durham?
5 Replies
yeah i love the downtown cary park
spent a lot of time at duke too bc a lot of my friends went there
which places are at the top of your list for apartments?
5 Replies
I know I really liked vintage
Might be too
Top
Text Message • SMS
What are your thoughts

Gmail Juan Ramon REDACTED

## Your application to Digital Marketing Specialist at Real Garage Life

1 message

**LinkedIn** <jobs-noreply@linkedin.com> Fri, Jan 9, 2026 at 3:50 PM
To: "Juan Ramon E. REDACTED

LinkedIn Juan Ramon E.

# Your update from Real Garage Life

Real Garage Life

Digital Marketing Specialist
Real Garage Life · Hanover, Pennsylvania, United States
Applied on Jan 6

Juan,

Thanks for your interest in the Digital Marketing Specialist position at Real Garage Life in Hanover, Pennsylvania, United States. Unfortunately, we will not be moving forward with your application but we appreciate your time and interest in Real Garage Life.

Regards,
Real Garage Life

## Top jobs looking for your skills

Oracle
**Business Analyst - Oracle Health**
Oracle · United States

Talent Glider
**Business Analyst – Entry Level**
Talent Glider · United States

Makai Labs
**Business Analyst**
Makai Labs · United States

Brookso
**Business Analyst**
Brooksource · Denver, Colorado, United States

HBF Foods
**NetSuite Business Analyst**
HBF Foods · Knoxville Metropolitan Area