**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **C.A.,**<br><br>*Plaintiff*,<br><br>**v.**<br><br>**VILLANOVA UNIVERSITY, et. al.,**<br><br>***Defendants.*** | **Case No: 2:24-cv-04434-KNS**<br><br>**UNDER SEAL** |

**DEFENDANT JUAN EGUIGUREN'S MOTION FOR LEAVE TO FILE JURISDICTIONAL EXHIBITS UNDER SEAL**

Defendant Juan Eguiguren (herein, "Eguiguren"), by and through undersigned counsel, respectfully moves for leave to file under seal the exhibits accompanying his October 30, 2026 letter brief concerning his domicile (herein, "Jurisdictional Exhibits"). In support of its Motion, Eguiguren states as follows:

1. The Jurisdictional Exhibits consist of documents and discovery responses produced by Eguiguren concerning his citizenship, government issued identification, voting records, residence, travel logs, employment, and other personal circumstances relevant to the Court's jurisdictional inquiry.

2. Eguiguren is submitting much, if not the entirety, of the jurisdictional discovery materials her produced for the Court's review. These materials contain sensitive personal information concerning him. Public disclosure of this information would unnecessarily expose his private personal details and identifying information to the public.

3. The relevant facts drawn from those materials are identified and cited in Eguiguren's letter brief, which will remain publicly accessible. Eguiguren seeks to seal only the

underlying discovery materials containing his sensitive personal information, not the letter brief or the factual arguments presented therein.

4. Good cause therefore exists to protect this information from public disclosure. *In re Avandia Mktg., Sales Pracs. & Prods. Liab. Litig.*, 924 F.3d 662, 671 (3d Cir. 2019) (identifying "whether disclosure will violate any privacy interests" as a factor in determining whether good cause exists for a protective order). Eguiguren recognizes the presumption of public access to judicial records and seeks protection only to the extent necessary to safeguard his sensitive personal information contained in the Jurisdictional Exhibits.

5. Accordingly, Eguiguren requests leave to file the Jurisdictional Exhibits under seal. This limited relief will protect his privacy interests while preserving public access to the Court's proceedings and the evidence relevant to its jurisdictional determination.

WHEREFORE, Defendant Juan Eguiguren respectfully requests that the Court grant this Motion and enter the accompanying proposed order.

Respectfully submitted,

**MAUTE LAW LLC**

By: /s/ Douglas C. Maute

Douglas C. Maute
I.D. No. 306615
141 Pleasant Valley Avenue
Moorestown, NJ 08057
dcm@mautelaw.com
(609) 560-1388

*Attorney for Juan Eguiguren*

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **C.A.,**<br>*Plaintiff,*<br>v.<br>**VILLANOVA UNIVERSITY, et. al.,**<br>***Defendants.*** | **Case No: 2:24-cv-04434-KNS**<br>**UNDER SEAL** |

**SEALED ORDER**

**AND NOW**, this ___________ day of ___________________________, 2026, upon consideration of Defendant Juan Eguiguren's Motion for Leave to File Jurisdictional Exhibits Under Seal, and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that:

1. Defendant Eguiguren is GRANTED leave to file under seal the Jurisdictional Exhibits.
2. Within fourteen (14) days of entry of this Order, Defendant Eguiguren shall file the Jurisdictional Exhibits under seal on the public docket.
3. The Jurisdictional Exhibits shall remain under seal unless otherwise ordered by the Court.
4. The Court reserves its inherent power to modify the terms of this Order and permit the disclosure of information in the interest of justice.

**BY THE COURT:**

______________________________
**Hon. KAI N. SCOTT**
**United States District Court Judge**